TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
FRANK J. ANDERS, Cal. SBN 227208
Franklin.j.anders@usdoj.gov
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov
KYLE FRALICK, Maryland SBN 081230008
Kyle.fralick@usdoj.gov
Trial Attorneys
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division, U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
             (415) 436-6644/(415) 436-6645/(415) 436-6647
Facsimile: (415) 436-6632

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>ANSWER OF THE UNITED STATES TO THE FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL DAMAGES UNDER THE SUITS IN ADMIRALTY ACT |

DANIEL GARCIA (Deceased);                  )
CHRISTINA QUITASOL, Personal              )
Representative of the Estate of           )
MICHAEL QUITASOL (Deceased);              )
SARMA WILLIAMS, Personal                  )
Representative of the Estate of VAIDEHI)
DEVI CAMPBELL WILLIAMS                    )
(Deceased); CHRISTINE                     )
ALEXANDRA DIGNAM, Personal                )
Representative of the Estate of JUSTIN    )
DIGNAM (Deceased); JASMINE                )
LORD, Personal Representative of the      )
Estate of CHARLES McILVAIN               )
(Deceased); VICTORIA E. MOORE,           )
Personal Representative of the Estates of )
RAYMOND SCOTT CHAN (Deceased) )
and KENDRA CHAN (Deceased);               )
YUKA OHASHI MERRITT, Personal             )
Representative of the Estate of YUKO      )
HATANO (Deceased); VIKRAM                 )
SINGH, Personal Representative of the     )
Estate of SUNIL SINGH SANDHU              )
(Deceased); NINA HUTTEGGER,               )
Personal Representative of the Estate of  )
JUHA-PEKKA AHOPELTO                       )
(Deceased); YADIRA ALVAREZ,               )
Personal Representative of the Estate of  )
BERENICE FELIPE (Deceased); SEJAY)
TAN, Personal Representative of the       )
Estate of WEI TAN (Deceased); ERIC        )
BALTZ, Personal Representative of the     )
Estate of NEAL BALTZ (Deceased);          )
ANTHONY BEITZINGER, Personal              )
Representative of the Estate of           )
PATRICIA BEITZINGER (Deceased);           )
SHRUTI DEOPUJARI, Personal                )
Representative of the Estate of           )
SANJEERI DEOPUJARI (Deceased);            )
ATLEE FRITZ, Personal                     )
Representative of the Estate of           )
ANDREW FRITZ (Deceased); SEEMA            )
SHARMA, Personal                          )
Representative of the Estate of           )
KAUSTUBH NIRMAL (Deceased);               )
MARGARET STROM, Personal                  )
representative of the Estate of TED       )
STROM (Deceased); RICHARD X. LIU,)
Personal Representative of the Estate of  )
XIANG LIN; SUSANA SOLANO                  )
ROSAS, Personal Representative of the     )
Estates of EVANMICHEL SOLANO              )
QUITASOL (Deceased), ANGELA               )
ROSE SOLANO QUITASOL                      )

(Deceased), and NICOLE SOLANO
QUITASOL (Deceased); ARIEL
TAKVAM, Personal Representative of
the Estate of KRISTIAN TAKVAM
(Deceased); DOMINIC MICAEL
SELGA, Personal Representative of the
Estate of FERNISA JUNE SISON
(Deceased); ROBERT KURTZ and
CHERIE MCDONOUGH, Personal
Representatives of the Estate of
ALEXANDRA HALEY KURTZ; JEAN
ANNE ALLEN as Executor of the Estate
of STEVEN JOHN SALIKA, Executor
of the Estate OF CAROL DIANA
ADAMIC and Administrator of the
Estate of TIA NICOLE ADAMIC
SALIKA; JAMES ADAMIC,
individually and as beneficiary of the
Estate of CAROL DIANA ADAMIC
(Deceased); ANGELIKA ADAMIC,
individually and as beneficiary of the
Estate of CAROL DIANA ADAMIC
(Deceased); MARK ADAMIC,
individually and as beneficiary of the
Estate of CAROL DIANA ADAMIC
(Deceased); SHIRLEY SALIKA,
individually, and as beneficiary of the
Estate of STEVEN JOHN SALIKA
(Deceased) and TIA NICOLE SALIKA
(Deceased); DANIEL POH-HOCK
CHUA, Personal Representative of the
Estate of KRISTINA OLINE FINSTAD
(Deceased), and RYAN SIMS,
individually,

                        Plaintiffs,

        vs.

UNITED STATES OF AMERICA,

                   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

The Answer of the United States of America to the First Amended Complaint filed by Plaintiffs herein, admits, denies, and alleges on information and belief as follows:

1.      Paragraph 1 of Plaintiffs' First Amended Complaint alleges matters of law to which no response is required. To the extent a response would be required, the United States of America admits and alleges that this is a case alleging admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and that the United States of America has waived its sovereign immunity from suit and consents to be sued herein, if at all, only pursuant to the Suits in Admiralty Act, 46 U.S.C. §§ 30901, *et seq.*

2.      The United States admits the allegations pled in ¶ 2 of Plaintiffs' First Amended Complaint.

3.      The United States admits the allegations pled in ¶ 3 of Plaintiffs' First Amended Complaint.

### (Parties, Personal Jurisdiction and Venue)

### Plaintiffs and Their Beneficiaries

4.      The United States denies the allegations pled in ¶ 4 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

5.      The United States denies the allegations pled in ¶ 5 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

6.      The United States denies the allegations pled in ¶ 6 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

7.      The United States denies the allegations pled in ¶ 7 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

8.      The United States denies the allegations pled in ¶ 8 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

9.      The United States denies the allegations pled in ¶ 9 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

10.      The United States denies the allegations pled in ¶ 10 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

11.      The United States denies the allegations pled in ¶ 11 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

12.      The United States denies the allegations pled in ¶ 12 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

13.      The United States denies the allegations pled in ¶ 13 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

14.      The United States denies the allegations pled in ¶ 14 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

15.      The United States denies the allegations pled in ¶ 15 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

16.     The United States denies the allegations pled in ¶ 16 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

17.     The United States denies the allegations pled in ¶ 17 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

18.     The United States denies the allegations pled in ¶ 18 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

19.     The United States denies the allegations pled in ¶ 19 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

20.     The United States denies the allegations pled in ¶ 20 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

21.     The United States denies the allegations pled in ¶ 21 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

22.     The United States denies the allegations pled in ¶ 22 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

23.     The United States denies the allegations pled in ¶ 23 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

24.     The United States denies the allegations pled in ¶ 24 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

25.     The United States denies the allegations pled in ¶ 25 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

26.     The United States denies the allegations pled in ¶ 26 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

27.     The United States denies the allegations pled in ¶ 27 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

28.     The United States denies the allegations pled in ¶ 28 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

29.     The United States denies the allegations pled in ¶ 29 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

30.     The United States denies the allegations pled in ¶ 30 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

31.     The United States denies the allegations pled in ¶ 31 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

32.     The United States denies the allegations pled in ¶ 32 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

33.     The United States denies the allegations pled in ¶ 33 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

34.     The United States denies the allegations pled in ¶ 34 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

35.     The United States denies the allegations pled in ¶ 35 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

36.    The United States denies the allegations pled in ¶ 36 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

37.    The United States denies the allegations pled in ¶ 37 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

38.    The United States denies the allegations pled in ¶ 38 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

39.    The United States denies the allegations pled in ¶ 39 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

40.    The United States denies the allegations pled in ¶ 40 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

41.    The United States denies the allegations pled in ¶ 41 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

42.    The United States denies the allegations pled in ¶ 42 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

43.    The United States denies the allegations pled in ¶ 43 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

44.    The United States denies the allegations pled in ¶ 44 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

45.    The United States denies the allegations pled in ¶ 45 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

46.     The United States denies the allegations pled in ¶ 46 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

47.     The United States denies the allegations pled in ¶ 47 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

48.     The United States denies the allegations pled in ¶ 48 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

49.     The United States denies the allegations pled in ¶ 49 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

50.     The United States denies the allegations pled in ¶ 50 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

51.     The United States denies the allegations pled in ¶ 51 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

52.     The United States denies the allegations pled in ¶ 52 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

53.     The United States denies the allegations pled in ¶ 53 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

54.     The United States denies the allegations pled in ¶ 54 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

55.     The United States denies the allegations pled in ¶ 55 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

56.    The United States denies the allegations pled in ¶ 56 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

57.    The United States denies the allegations pled in ¶ 57 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

58.    The United States denies the allegations pled in ¶ 58 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

59.    The United States denies the allegations pled in ¶ 59 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

60.    The United States denies the allegations pled in ¶ 60 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

61.    The United States denies the allegations pled in ¶ 61 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

62.    The United States denies the allegations pled in ¶ 62 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

63.    The United States denies the allegations pled in ¶ 63 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

64.    The United States denies the allegations pled in ¶ 64 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

65.    The United States denies the allegations pled in ¶ 65 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

66.    The United States denies the allegations pled in ¶ 66 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

67.    The United States denies the allegations pled in ¶ 67 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

68.    The United States denies the allegations pled in ¶ 68 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

69.    The United States denies the allegations pled in ¶ 69 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

70.    The United States denies the allegations pled in ¶ 70 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

71.    The United States denies the allegations pled in ¶ 71 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

72.    The United States denies the allegations pled in ¶ 72 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

73.    The United States denies the allegations pled in ¶ 73 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

74.    The United States denies the allegations pled in ¶ 74 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

75.    The United States denies the allegations pled in ¶ 75 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

76.     The United States denies the allegations pled in ¶ 76 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

77.     The United States denies the allegations pled in ¶ 77 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

78.     The United States denies the allegations pled in ¶ 78 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

79.     The United States denies the allegations pled in ¶ 79 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

80.     The United States denies the allegations pled in ¶ 80 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

81.     The United States denies the allegations pled in ¶ 81 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

82.     The United States denies the allegations pled in ¶ 82 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

83.     The United States denies the allegations pled in ¶ 83 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

84.     The United States denies the allegations pled in ¶ 84 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

85.     The United States denies the allegations pled in ¶ 85 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

86.     The United States denies the allegations pled in ¶ 86 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

87.     The United States denies the allegations pled in ¶ 87 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

88.     The United States denies the allegations pled in ¶ 88 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

89.     The United States denies the allegations pled in ¶ 89 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

90.     The United States denies the allegations pled in ¶ 90 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

91.     The United States denies the allegations pled in ¶ 91 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

92.     The United States denies the allegations pled in ¶ 92 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

93.     The United States denies the allegations pled in ¶ 93 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

94.     The United States denies the allegations pled in ¶ 94 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

95.     The United States denies the allegations pled in ¶ 95 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

96.     The United States denies the allegations pled in ¶ 96 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

97.     The United States denies the allegations pled in ¶ 97 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

98.     The United States denies the allegations pled in ¶ 98 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

99.     The United States denies the allegations pled in ¶ 99 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

100.    The United States denies the allegations pled in ¶ 100 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

**The Defendant**

101.    The United States admits the allegations pled in ¶ 101 of Plaintiffs' First Amended Complaint.

102.    The United States admits that venue is proper in this Court.  Except as so admitted, the United States denies the remainder of the allegations pled in ¶ 102 of Plaintiffs' First Amended Complaint.

**OPERATIVE FACTS**

**(The Small Passenger Vessel CONCEPTION)**

103.    The United States denies the allegations pled in ¶ 103 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

104.  The United States denies the allegations pled in ¶ 104 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

105.  The United States denies the allegations pled in ¶ 105 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

106.  The United States denies the allegations pled in ¶ 106 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

107.  In answering ¶ 107 of Plaintiffs' First Amended Complaint, the United States admits that the best evidence of what is contained in the T-Boat Inspection Book ("CG-840 TI") is the CG-840 itself.

108.  The allegations pled in ¶ 108 of Plaintiffs' First Amended Complaint do not call for a response from the United States.

109.  In answering ¶ 109 of Plaintiffs' First Amended Complaint, the United States admits that the best evidence of what is contained in the T-Boat Inspection Book ("CG-840 TI") and "checklist" attached as Exhibit "A" to Plaintiffs' First Amended Complaint are the CG-840 and the "checklist" themselves.  Except as so admitted, the United States denies the remaining allegations pled in ¶ 109 of Plaintiffs' First Amended Complaint.

110.  The United States denies the allegations pled in ¶ 110 of Plaintiffs' First Amended Complaint.

111.   The United States denies the allegations pled in ¶ 111 of Plaintiffs' First Amended Complaint for lack of knowledge and information.

112.   The United States denies the allegations pled in ¶ 112 of Plaintiffs' First Amended Complaint.

113.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 113 of Plaintiffs' First Amended Complaint.

114.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 114 of Plaintiffs' First Amended Complaint.

115.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 115 of Plaintiffs' First Amended Complaint.

116.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 116 of Plaintiffs' First Amended Complaint.

117.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 117 of Plaintiffs' First Amended Complaint.

118.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 118 of Plaintiffs' First Amended Complaint.

119.   United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 119 of Plaintiffs' First Amended Complaint.

120.   The United States denies the allegations pled in ¶ 120 of Plaintiffs' First Amended Complaint.

121.    United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 121 of Plaintiffs' First Amended Complaint.

122.    The United States denies the allegations pled in ¶ 122 of Plaintiffs' First Amended Complaint.

123.    The United States denies the allegations pled in ¶ 123 of Plaintiffs' First Amended Complaint.

124.    United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 124 of Plaintiffs' First Amended Complaint.

125.    United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 125 of Plaintiffs' First Amended Complaint.

126.    The United States admits the allegations pled in ¶ 126 of Plaintiffs' First Amended Complaint.

127.    United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 127 of Plaintiffs' First Amended Complaint.

128.    The United States denies the allegations pled in ¶ 128 of Plaintiffs' First Amended Complaint.

129.    United States denies knowledge and information sufficient to form a belief as to the allegations in ¶ 129 of Plaintiffs' First Amended Complaint.

# FIRST CAUSE OF ACTION

## (Wrongful Death against Defendant UNITED STATES OF AMERICA)

130.   The United States incorporates by reference its responses to ¶¶ 1 through 129 above as if fully set forth herein.

131.   The United States of America admits that Plaintiffs' alleged wrongful death cause of action arises under the General Maritime Law of the United States and that the United States of America has waived its sovereign immunity from suit and consents to be sued herein, if at all, only pursuant to the Suits in Admiralty Act, 46 U.S.C. §§ 30901, *et seq*.

132.   The United States denies the allegations pled in pled in ¶ 132 of Plaintiffs' First Amended Complaint and each and every subparagraph pled therein.

133.   The United States denies the allegations pled in pled in ¶ 133 of Plaintiffs' First Amended Complaint.

134.   The United States denies the allegations pled in pled in ¶ 134 of Plaintiffs' First Amended Complaint.

135.   The United States denies the allegations pled in pled in ¶ 135 of Plaintiffs' First Amended Complaint.

## SECOND CAUSE OF ACTION

### (Survival Action)

136.   The United States incorporates by reference its responses to ¶¶ 1 through 135 above as if fully set forth herein.

137.   The United States denies the allegations pled in pled in ¶ 137 of Plaintiffs' First Amended Complaint.

138.   The United States denies the allegations pled in pled in ¶ 138 of Plaintiffs' First Amended Complaint.

139.   The United States denies the allegations pled in pled in ¶ 139 of Plaintiffs' First Amended Complaint.

140.   The United States denies the allegations pled in pled in ¶ 140 of Plaintiffs' First Amended Complaint.

141.   The United States denies the allegations pled in pled in ¶ 141 of Plaintiffs' First Amended Complaint.

142.   The United States denies the allegations pled in pled in ¶ 142 of Plaintiffs' First Amended Complaint.

143.   The United States denies the allegations pled in pled in ¶ 143 of Plaintiffs' First Amended Complaint.

144.   The United States denies the allegations pled in pled in ¶ 144 of Plaintiffs' First Amended Complaint.

145. The United States denies the allegations pled in pled in ¶ 145 of Plaintiffs' First Amended Complaint.

146. The United States denies the allegations pled in pled in ¶ 146 of Plaintiffs' First Amended Complaint.

147. The United States denies the allegations pled in pled in ¶ 147 of Plaintiffs' First Amended Complaint.

148. The United States denies the allegations pled in pled in ¶ 148 of Plaintiffs' First Amended Complaint.

149. The United States denies the allegations pled in pled in ¶ 149 of Plaintiffs' First Amended Complaint.

150. The United States denies the allegations pled in pled in ¶ 150 of Plaintiffs' First Amended Complaint.

151. The United States denies the allegations pled in pled in ¶ 151 of Plaintiffs' First Amended Complaint.

152. The United States denies the allegations pled in pled in ¶ 152 of Plaintiffs' First Amended Complaint.

153. The United States denies the allegations pled in pled in ¶ 153 of Plaintiffs' First Amended Complaint.

154. The United States denies the allegations pled in pled in ¶ 154 of Plaintiffs' First Amended Complaint.

155.    The United States denies the allegations pled in pled in ¶ 155 of Plaintiffs' First Amended Complaint.

156.    The United States denies the allegations pled in pled in ¶ 156 of Plaintiffs' First Amended Complaint.

157.    The United States denies the allegations pled in pled in ¶ 157 of Plaintiffs' First Amended Complaint.

158.    The United States denies the allegations pled in pled in ¶ 158 of Plaintiffs' First Amended Complaint.

159.    The United States denies the allegations pled in pled in ¶ 159 of Plaintiffs' First Amended Complaint.

160.    The United States denies the allegations pled in pled in ¶ 160 of Plaintiffs' First Amended Complaint.

161.    The United States denies the allegations pled in pled in ¶ 161 of Plaintiffs' First Amended Complaint.

162.    The United States denies the allegations pled in pled in ¶ 162 of Plaintiffs' First Amended Complaint.

163.    The United States denies the allegations pled in pled in ¶ 163 of Plaintiffs' First Amended Complaint.

164.    The United States denies the allegations pled in pled in ¶ 164 of Plaintiffs' First Amended Complaint.

165. The United States denies the allegations pled in pled in ¶ 165 of Plaintiffs' First Amended Complaint.

166. The United States denies the allegations pled in pled in ¶ 166 of Plaintiffs' First Amended Complaint.

167. The United States denies the allegations pled in pled in ¶ 167 of Plaintiffs' First Amended Complaint.

168. The United States denies the allegations pled in pled in ¶ 168 of Plaintiffs' First Amended Complaint.

169. The United States denies the allegations pled in pled in ¶ 169 of Plaintiffs' First Amended Complaint.

170. The United States denies the allegations pled in pled in ¶ 170 of Plaintiffs' First Amended Complaint.

171. The United States denies the allegations pled in pled in ¶ 171 of Plaintiffs' First Amended Complaint.

172. The United States denies the allegations pled in pled in ¶ 172 of Plaintiffs' First Amended Complaint.

173. The United States denies the allegations pled in pled in ¶ 173 of Plaintiffs' First Amended Complaint.

174. The United States denies the allegations pled in pled in ¶ 174 of Plaintiffs' First Amended Complaint.

175. The United States denies the allegations pled in pled in ¶ 175 of Plaintiffs' First Amended Complaint.

176. The United States denies the allegations pled in pled in ¶ 176 of Plaintiffs' First Amended Complaint.

177. The United States denies the allegations pled in pled in ¶ 177 of Plaintiffs' First Amended Complaint.

178. The United States denies the allegations pled in pled in ¶ 178 of Plaintiffs' First Amended Complaint.

179. The United States denies the allegations pled in pled in ¶ 179 of Plaintiffs' First Amended Complaint.

180. The United States denies the allegations pled in pled in ¶ 180 of Plaintiffs' First Amended Complaint.

## THIRD CAUSE OF ACTION

### (For Personal Injuries for Plaintiff SIMS)

181. The United States incorporates by reference its responses to ¶¶ 1 through 180 above as if fully set forth herein.

182. The United States denies the allegations pled in pled in ¶ 182 of Plaintiffs' First Amended Complaint.

183. The United States denies the allegations pled in pled in ¶ 183 of Plaintiffs' First Amended Complaint.

## AS AND FOR A FIRST AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

184.    Plaintiffs' First Amended Complaint and action fail to state claims upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

185.    If Plaintiffs sustained injuries and damages by reason of the matters alleged in the First Amended Complaint, which is denied, then said damages were caused in whole or in part by the acts, whether criminal or negligent, of third parties and were not caused or contributed to in any manner by any actions or fault of the United States of America, its officers, agents, vessels, crew, servants, employees or others for whom it was responsible.

## AS AND FOR A THIRD AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

186.    The Court lacks subject matter jurisdiction over Plaintiffs' First Amended Complaint and action.

## AS AND FOR A FOURTH AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

187.   The Court lacks subject matter jurisdiction over Plaintiffs' First Amended Complaint and action since said Complaint and action solely allege matters of discretionary functions and acts for which the United States of America has not waived sovereign immunity and consented to be sued.

## AS AND FOR A FIFTH AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

188.   The Court lacks subject matter jurisdiction over Plaintiffs' First Amended Complaint and action since said Complaint and action solely allege matters which are subject to the Constitutional doctrine of separation of powers for which the United States of America has not waived sovereign immunity and consented to be sued.

## AS AND FOR A SIXTH AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

189.    Plaintiffs failed to mitigate their damages, which claims of damages and claims of liability upon which they are based are fully denied by the United States.

## AS AND FOR A SEVENTH AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## <u>ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS</u>

An award of prejudgment interest, if any, is subject to the Suits in Admiralty Act, which provides that an award of interest on a money judgment is solely within the discretion of the court and may not exceed 4 percent per year until satisfied. 46 U.S.C.A. § 30911.

WHEREFORE, the United States of America prays as follows:

1.    That Plaintiffs' First Amended Complaint and action be dismissed with prejudice and with costs;

2.    The United States of America expressly reserves the right to amend this Answer and its affirmative defenses as may be necessary; and

3.    For such other relief as the Court deems just and proper.

Date:  July 13, 2022

Respectfully submitted,

TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Filed Office
FRANK J. ANDERS
SCOTT PERRYGO
KYLE FRALICK
Trial Attorneys
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for United States of America

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2022, a copy of the foregoing ANSWER OF THE UNITED STATES TO THE FIRST AMENDED COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL DAMAGES UNDER THE SUITS IN ADMIRALTY ACT was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN