TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
FRANK J. ANDERS
SCOTT PERRYGO
KYLE FRALICK
Trial Attorneys
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division, U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648 (415) 436-6644
            (415) 436-6645 (415) 436-6647
E-mail: eric.kaufman-cohen@usdoj.gov
        Franklin.j.anders@usdoj.gov
        Scott.perrygo@usdoj.gov
        Kyle.fralick@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>UNITED STATES' PROPOSAL RE: DISCOVERY |

| | |
|---|---|
| DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI DEVI CAMPBELL WILLIAMS (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN DIGNAM (Deceased); JASMINE LORD, Personal Representative of the Estate of CHARLES McILVAIN (Deceased); VICTORIA E. MOORE, Personal Representative of the Estates of RAYMOND SCOTT CHAN (Deceased) and KENDRA CHAN (Deceased); YUKA OHASHI MERRITT, Personal Representative of the Estate of YUKO HATANO (Deceased); VIKRAM SINGH, Personal Representative of the Estate of SUNIL SINGH SANDHU (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of JUHA-PEKKA AHOPELTO (Deceased); YADIRA ALVAREZ, Personal Representative of the Estate of BERENICE FELIPE (Deceased); SEJAY TAN, Personal Representative of the Estate of WEI TAN (Deceased); ERIC BALTZ, Personal Representative of the Estate of NEAL BALTZ (Deceased); ANTHONY BEITZINGER, Personal Representative of the Estate of PATRICIA BEITZINGER (Deceased); SHRUTI DEOPUJARI, Personal Representative of the Estate of SANJEERI DEOPUJARI (Deceased); ATLEE FRITZ, Personal Representative of the Estate of ANDREW FRITZ (Deceased); SEEMA SHARMA, Personal Representative of the Estate of KAUSTUBH NIRMAL (Deceased); MARGARET STROM, Personal representative of the Estate of TED STROM (Deceased); RICHARD X. LIU, Personal Representative of the Estate of XIANG LIN; SUSANA SOLANO ROSAS, Personal Representative of the Estates of EVANMICHEL SOLANO QUITASOL (Deceased), ANGELA ROSE SOLANO QUITASOL | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| UNITED STATES PROPOSAL RE: DISCOVERY | Case No.: 2:21-cv-07065-PA-MRW |
|---|---|

| | |
|---|---|
| (Deceased), and NICOLE SOLANO QUITASOL (Deceased); ARIEL TAKVAM, Personal Representative of the Estate of KRISTIAN TAKVAM (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | ))))))))))))))))))))))))) |

Pursuant to the Court's Civil Minute Order dated October 14, 2022 (ECF No. 70) the United States hereby submits its proposal for discovery.

As the United States' motion for summary judgment on Plaintiffs' Complaint will be based upon the discretionary function exception to the waiver of sovereign immunity (DFE) the United States, at this time, does not foresee a need to conduct discovery. In support of its motion the United States will rely on the Coast Guard's discretion concerning its policies and procedures in implementing and carrying out its responsibilities under 46 CFR Ch. I, Subch. T, *et seq*. ("T-Boat inspection.")

The United States understands that Plaintiffs will seek discovery into these policies and procedures and the United States will produce the relevant policies and procedures. The United States will also make available, within reason, those individuals who were responsible for drafting those policies and procedures as well as those individuals who actually carried out those policies and procedures and actually conducted the T-Boat inspections of the dive boat CONCEPTION covering a reasonable time frame. The United States will also produce all documentation available related to the Coast Guard's T-Boat inspections of the CONCEPATION covering a reasonable time frame.

The United States does not anticipate any issues arising concerning the limited discovery the Court has recognized Plaintiffs may need in order to respond to the United States DFE motion.

Date: October 28, 2022　　　　　　　　Respectfully submitted,

TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

<u>s/Eric Kaufman-Cohen</u>
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Filed Office
FRANK J. ANDERS
SCOTT PERRYGO
KYLE FRALICK
Trial Attorneys
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for United States of America

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, a copy of the foregoing UNITED STATES' PROPOSAL RE: DISCOVERY was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

s/Eric Kaufman-Cohen<br>
ERIC KAUFMAN-COHEN