John R. Hillsman (SBN 71220)
jrhillsman@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue, Suite 100
San Francisco, CA  94133
(415) 421-9292
Attorneys for Plaintiffs

[All additional counsel are listed on the signature block.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI DEVI CAMPBELL WILLIAMS (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN DIGNAM (Deceased); JASMINE LORD, Personal Representative of the Estate of CHARLES McILVAIN (Deceased); VICTORIA E. MOORE, Personal Representative of the Estates | Case No. CV-21-7065 PA<br><br>**JOINT ADMINISTRATIVE MOTION FOR AN ORDER ENLARGING TIME TO CONDUCT DISCOVERY ON DISCRETIONARY-FUNCTION DEFENSE AND CONTINUING THE FILING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[L.R. 7-1, 7-3, 52-4.1]<br><br>**Supporting documents:**<br><br>1) Declaration of John R. Hillsman<br><br>2) Stipulation<br><br>3) Proposed Order |

| | |
|---|---|
| 1 | of RAYMOND SCOTT CHAN (Deceased) and KENDRA CHAN (Deceased); YUKA OHASHI MERRITT, Personal Representative of the Estate of YUKO HATANO (Deceased); VIKRAM SINGH, Personal Representative of the Estate of SUNIL SINGH SANDHU (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of JUHA-PEKKA AHOPELTO (Deceased); YADIRA ALVAREZ, Personal Representative of the Estate of BERENICE FELIPE (Deceased); SEJAY TAN, Personal Representative of the Estate of WEI TAN (Deceased); ERIC BALTZ, Personal Representative of the Estate of NEAL BALTZ (Deceased); ANTHONY BEITZINGER, Personal Representative of the Estate of PATRICIA BEITZINGER (Deceased); SHRUTI DEOPUJARI, Personal Representative of the Estate of SANJEERI DEOPUJARI (Deceased); ATLEE FRITZ, Personal Representative of the Estate of ANDREW FRITZ (Deceased); SEEMA SHARMA, Personal Representative of the Estate of KAUSTUBH NIRMAL (Deceased); MARGARET STROM, Personal representative of the Estate of TED STROM (Deceased); RICHARD X. LIU, Personal Representative of the Estate of XIANG LIN; SUSANA SOLANO ROSAS, Personal Representative of the Estates of EVANMICHEL SOLANO QUITASOL (Deceased), ANGELA ROSE SOLANO QUITASOL (Deceased), and NICOLE SOLANO QUITASOL (Deceased); ARIEL TAKVAM, Personal Representative of the Estate of |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| 1 | KRISTIAN TAKVAM (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually.<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. |

Pursuant to C.D.Cal. Civil Local Rules 7-1 and 52-4.1, Plaintiffs and Defendant United States of America jointly stipulate and request that the Court enlarge the time for the parties to conduct discovery on the discretionary function exception ("DFE")

and extend the deadline by which the United States' motion for summary judgement on the DFE issue must be filed.

**1. Action Requested.**

The parties request that the Court extend the discovery cutoff from March 13, 2023 to May 26, 2023, and extend the time for the United States to file its motion for summary judgment from April 24, 2023, to July 28, 2023.

**2. Reasons Supporting the Request.**

On October 14, 2022, the Court issued an Order permitting the United States to file a motion for summary judgment to determine whether the DFE to the Suits in Admiralty Act shields the United States from liability. (*ECF No. 70*) The Court stayed the remainder of the action and ordered the parties to file proposals on the scope of discovery necessary to rule on Defendant's motion. (*Id.*)

On December 1, 2022, the Court considered the parties' submissions regarding discovery and issued a Minute Order adopting the United States proposed discovery plan and set a discovery cutoff date of March 13, 2023, and further requiring the United States to file its motion on or before April 24, 2023. (*ECF No. 73*)

The parties agree that they are proceeding amicably, diligently, and in good faith to meet the deadlines the Court has set, but given the nature of the material evidence and volume of materials the United States has produced, the Plaintiffs need more time to complete their discovery if they are to have a fair opportunity to oppose the United States' motion.

Plaintiffs served requests for production of documents October 1, 2021. The United States responded to Plaintiffs' discovery on January 30, 2023, producing over 2,800 pages of responsive documents. The United States has since supplemented those responses, and additional documents continue to be produced. As of the date of this administrative motion, the United States' production has grown to 3,677 numbered pages. The United States served interrogatories and requests for production on Plaintiffs on February 9, 2023.

Although the parties have acted with utmost dispatch and good faith, they respectfully and jointly submit that the schedule initially set by the minute order posted at *ECF No. 73* will not give the parties sufficient time to discover the material facts they need to frame, present, and oppose the issues the United States will place before the Court in its motion for summary judgment.

The parties met and conferred on February 13, 2023, pursuant to L.R. 7-3, and jointly request, per the Stipulation filed herewith, that the Court briefly extend the discovery cutoff on the motion until May 26, 2023, and the time for the United States to file its motion for summary judgment until July 28, 2023.

**3. Conclusion.**

Wherefore, the parties respectfully request the Court to issue an Administrative Order extending the discovery cutoff on the DFE issue to May 26, 2023, and extending the time for the United States to file its motion for summary judgment to July 28, 2023.

1  DATED: February 24, 2023

2  Respectfully submitted,

3

4  **MCGUINN HILLSMAN AND PALEFSKY**
   /s/John R. Hillsman

5  JOHN R. HILLSMAN
   535 Pacific Avenue Suite 100

6  San Francisco, CA 94133

7  415-421-9292
   Email: jrhillsman@mhpsf.com

8

9  **ROUDA, FEDER, TIETJEN & McGUINN**
   /s/ Cynthia McGuinn

10 Cynthia McGuinn, Esq.

11 4 Montgomery Street, Suite 1900
   San Francisco, CA 94104

12 (415) 940-7176

13 Email: cmcguinn@rftmlaw.com

14

15 **THE VEEN FIRM**
   /s/ Anthony L. Label

16 Anthony L. Label

17 Steven A. Kronenberg
   20 Haight Street

18 San Francisco, CA 94102

19 ( 415) 673-4800

20 Emails: al.team@veenfirm.com, kronenberg@veenfirm.com

21 **LESSER & ASSOCIATES, PLC**

22 /s/ Richard A. Lesser
   Richard A. Lesser, Esq.

23 1444 Aviation Boulevard, Suite 103

24 Redondo Beach, CA 90278
   (310) 374-4808

25 Email: lesser@divelaw.com

26

27

28

Joint Administrative Motion for Order Continuing
Discovery and MSJ Deadline                                  CV-21-7063 PA         6

**O'CONNELL & ASSOCIATES**
*/s/ John T. O'Connell*
John T. O'connell
162 Hatherly Road
Scituate, MA  02066
(617) 996-2500
Email: oconnell@jtoclaw.com

Co-counsel for: Victoria Ellen Moore, Estates of Raymond Scott Chan and Kendra Chan; Christine Dignam, Estate of Justin Dignam; Jasmine Lord, Estate of Charles McIllvain; Yuka Hatashi Merritt, Estate of Yuko Hatano; and Viikram Singh, Estate of Sunil Singh Sandhu.

_____

**NELSON & FRAENKEL, LLP**
*/s/Carlos F. Llinás Negret*
Gretchen M. Nelson
Carlos F. Llinás Negret
601 South Figueroa Street, Suite 2050
Los Angeles, CA 90017
844-622-6469
cllinas@nflawfirm.com

Counsel for: Cheng Leng Tan, Estate of Wei Tan, Chik Ping Yap, Sejay Tan, Yadira Alvarez, Estate of Berenice Felipe, Nina Huttegger, Julia Ahopelto, C.A. (a minor), Jean Anne Allen, Estate of Carol Diana Adamic, Estate of Steven John Salika, Estate of Tia Nicole Adamic Salika, Shirley Salika, James Adamic.

-and co-counsel for Nina Huttegger and Julia Ahopelto-

**GREENE, BROILLET & WHEELER**
*/s/ Daniel O. Rose*
Daniel O. Rose
222 North Pacific Coast Highway, Suite 2100
El Segundo, CA  90245
310- 576-1200
Avamge;der@gbw.law

_____

**SALTZ MONGELUZZI AND BENDESKY PC**
/s/ *Jeffrey P. Goodman*
Jeffrey P Goodman (Pro Hac Vice)
Ernest D. DiSandro, Jr. (Pro Hac Vice)
1650 Market Street 52nd Floor
Philadelphia, PA 19103
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
jgoodman@smbb.com

Counsel for Anthony Beitzinger, Shruti Deopujari, Atlee Fritz, Seema Sharma, Margaret Strom, Cherie McDonough, Robert Kurtz

_____

**PANISH SHEA AND BOYLE LLP**
*/s/Robert Samuel Glassman*
Robert Samuel Glassman
11111 Santa Monica Boulevard Suite 700
Los Angeles, CA 90025
310-477-1700
glassman@psblaw.com

Counsel for: Mathew Guiney, Shruti Deopuraji, Robert Kurtz, Cherie McDonough, Kaustubh Nirmal, Gregory Krashenny, Seema Sharma, Cherie McDonough, Anthony Beitzinger, Henry Garcia, Margaret Strom, Eric Baltz, Atlee Fritz.

_____

**GALINE FRYE FITTING AND FRANGOS**
*/s/Ilya Demetrios Frangos*
ILYA DEMETRIOS FRANGOS
411 Borel Avenue Suite 500
San Mateo, CA 94402
650-345-8484
ifrangos@gff-law.com

Counsel for: Richard X. Liu, Estate of Xiang Lin

_____

**SCHUERING ZIMMERMAN AND DOYLE LLP**
/s/Theodore Derk Poppinga
Theodore Derk Poppinga
Robert Harry Zimmerman
400 University Avenue
Sacramento, CA 95825
916-567-0400
tdp@szs.com

Counsel for: Susana Solano Rosas

___

**FIORE ACHERMANN ALC**
/s/Jennifer L Fiore
Jennifer L Fiore
Sophia M Acherman
340 Pine Street Suite 503
San Francisco, CA 94104
415-550-0650
jennifer@thefafirm.com

Counsel for: Ariel Takvam, Kenneth Takvam, Mary R. Takvam, Mark Adamic, Angelika Adamic

___

**WALKUP MELODIA KELLY WECHT AND SCHOENBERGER**
/s/Matthew D Davis
Matthew D Davis
650 California Street, 26th Floor
San Francisco, CA 94108
415-981-7210
dsaeltzer@walkuplawoffice.com

Counsel for: Christina Quitasol, Katie Osborne, Olga Faynshteyn, Sarma Williams, Nancy Fiedler, Mathew Guiney

___

**LAW OFFICE OF W RUSSELL FIELDS**
/s/Aurelio Edward Fields
Aurelio Edward Fields
1792 Tribute Road Suite 400
Sacramento, CA 95815
916-646-6100
ed@russfieldslaw.com

Counsel for: Dominic Micael Selga, Estate of Fernisa June Sison, Nisa Shinagawa

---

**ARNOLD AND ITKIN LLP**
/s/Cory Itkin
Cory Itkin
Roland T Christensen
6009 Memorial Drive
Houston, TX 77007
713-222-3800
citkin@arnolditkin.com

**GREENE, BROILLET & WHEELER, LLP**
/s/ Alan Van Gelder
Alan Van Gelder
222 North Pacific Coast Highway, Suite 2100
El Segundo, CA  90245
310-576-1200
avangelder@gbw.law

Co-counsel for: Ryan Sims

---

**LAW OFFICES OF TODD M. ABOTT**
/s/ Todd M. Abbott
Todd M. Abbott, Esquire
2127 Olympic Parkway, Suite 1006, Number 348
Chula Vista, California 91915
tmabbottlaw@gmail.com

Counsel for: Daniel Poh-Hock Chua; Estate of Kristen Findstad

---

**U.S. DEPARTMENT OF JUSTICE**
*/s/ Eric Kaufman-Cohen*
Eric Kaufman-Cohen
Attorney in Charge, West Coast Filed Office
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
e-mail: eric.kaufman-cohen@usdoj.gov

Counsel for: United States of America