TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
FRANK J. ANDERS, Cal. SBN 227208
Franklin.j.anders@usdoj.gov
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov
KYLE FRALICK, Maryland SBN 081230008
Kyle.fralick@usdoj.gov
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
         (415) 436-6644/(415) 436-6645/(415) 436-6647
Facsimile: (415) 436-6632

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>**JOINT ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

JOINT MOTION TO CONTINUE
FILING DATE OF UNITED STATES'
MOTION FOR SUMMARY JUDGMENT                    Case No.: 2:21-cv-07065-PA-MRW

| | |
|---|---|
| DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI DEVI CAMPBELL WILLIAMS (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN DIGNAM (Deceased); JASMINE LORD, Personal Representative of the Estate of CHARLES McILVAIN (Deceased); VICTORIA E. MOORE, Personal Representative of the Estates of RAYMOND SCOTT CHAN (Deceased) and KENDRA CHAN (Deceased); YUKA OHASHI MERRITT, Personal Representative of the Estate of YUKO HATANO (Deceased); VIKRAM SINGH, Personal Representative of the Estate of SUNIL SINGH SANDHU (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of JUHA-PEKKA AHOPELTO (Deceased); YADIRA ALVAREZ, Personal Representative of the Estate of BERENICE FELIPE (Deceased); SEJAY TAN, Personal Representative of the Estate of WEI TAN (Deceased); ERIC BALTZ, Personal Representative of the Estate of NEAL BALTZ (Deceased); ANTHONY BEITZINGER, Personal Representative of the Estate of PATRICIA BEITZINGER (Deceased); SHRUTI DEOPUJARI, Personal Representative of the Estate of SANJEERI DEOPUJARI (Deceased); ATLEE FRITZ, Personal Representative of the Estate of ANDREW FRITZ (Deceased); SEEMA SHARMA, Personal Representative of the Estate of KAUSTUBH NIRMAL (Deceased); MARGARET STROM, Personal representative of the Estate of TED STROM (Deceased); RICHARD X. LIU, Personal Representative of the Estate of XIANG LIN; SUSANA SOLANO ROSAS, Personal Representative of the Estates of EVANMICHEL SOLANO QUITASOL (Deceased), ANGELA ROSE SOLANO QUITASOL | **[L.R. 7-1, 7-3, 52-4.1]**<br><br>**Supporting documents:**<br><br>1) Declaration of Eric Kaufman-Cohen<br><br>2) Stipulation<br><br>3) Proposed Order |

| | |
|---|---|
| JOINT MOTION TO CONTINUE FILING DATE OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT | Case No.: 2:21-cv-07065-PA-MRW |

| | |
|---|---|
| (Deceased), and NICOLE SOLANO QUITASOL (Deceased); ARIEL TAKVAM, Personal Representative of the Estate of KRISTIAN TAKVAM (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually, <br><br>          Plaintiffs, <br><br>  vs. <br><br>UNITED STATES OF AMERICA, <br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

1. **Action Requested.**

Pursuant to C.D.Cal. Civil Local Rules 7-1 and 52-4.1, Plaintiffs and Defendant United States of America jointly stipulate and request that the Court continue the deadline set by the Court for the United States to file its motion for summary judgment based upon the discretionary function exception to the waiver of sovereign immunity ("DFE") from July 28, 2023 to October 30, 2023.

2. **Reasons Supporting the Request.**

On October 14, 2022, the Court issued an Order permitting the United States to file a motion for summary judgment to determine whether the DFE to the Suits in Admiralty Act shields the United States from liability. (ECF No. 70.) The Court stayed the remainder of the action and ordered the parties to file proposals on the scope of discovery necessary to rule on Defendant's motion. (*Id.*)

On December 1, 2022, the Court considered the parties' submissions regarding discovery and issued a Minute Order adopting the United States proposed discovery plan and set a discovery cutoff date of March 13, 2023, and further requiring the United States to file its motion on or before April 24, 2023. (ECF No. 73.)

On February 25, 2023, the parties filed a joint administrative motion for an order enlarging time to conduct discovery and continuing the deadline for the United States to file its DFE motion for summary judgment. (ECF No. 74.) The Court granted the motion on February 28, 2023 and issued an Order continuing the discovery cut off to May 26, 2023, and further continued the deadline for the United States to file its motion for summary judgment to July 28, 2023. (ECF 78.)

Since the Court's Order Plaintiffs have taken eight depositions, five of Coast Guard representatives pursuant to Fed. R. Civ. P. 30(b)(6), one percipient Coast Guard witness, one Fed. R. Civ. P. 30(b)(6) witness from the vessel owner,

Truth Aquatics, and the owner of Ventura Boat Yard. In addition, the United States has produced over 3,300 pages of documents responsive to Plaintiffs' written discovery. There is thus a good deal of evidence to digest.

For its part, the United States has propounded written discovery to Plaintiffs aimed directly at their allegation that the Coast Guard violated mandatory duties imposed on it by Title 46 of the Code of Federal Regulations, Subchapter T, Parts 175 to 187 - governing the inspection and operation of small passenger vessels. Although the parties agree both sides have been proceeding cooperatively and efficiently in all respects, Plaintiffs' cannot respond to that written discovery until they have digested all the deposition testimony and other evidence they have gathered during discovery. The United States, in turn, cannot draft its contemplated motion for summary judgment until it has received Plaintiffs' responses to its outstanding discovery.

In addition to the above, the criminal trial of the Captain of the dive boat *Conception* is set to begin on September 28, 2023. Both Plaintiffs herein and the United States believe that the outcome of the Captain's criminal trial will have significant impact on this case and, more directly, on the United States' contemplated motion for summary judgment. The parties anticipate that the criminal trial will last up to two weeks, with a verdict to follow shortly after.

The parties met and conferred through lead counsel on July 10, 2023 pursuant to L.R. 7-3, and jointly request, per the Stipulation filed herewith, that the Court briefly extend the deadline for the United States to file its motion for summary judgment to October 30, 2023.

JOINT MOTION TO CONTINUE FILING
DATE OF UNITED STATES' MOTION
FOR SUMMARY JUDGMENT              2              Case No.: 2:21-cv-07065-PA-MRW

**3.     Conclusion.**

Wherefore, the parties respectfully request the Court to issue an Administrative Order extending the extending the time for the United States to file its motion for summary judgment to October 30, 2023.

Date: July 14, 2023             Respectfully submitted,

                                TRACY WILKISON
                                United States Attorney
                                JOANNE OSINOFF
                                Assistant United States Attorney
                                Chief, Civil Division

                                BRIAN BOYNTON
                                Principal Deputy Assistant Attorney General

                                <u>s/Eric Kaufman-Cohen</u>
                                ERIC KAUFMAN-COHEN
                                Attorney in Charge, West Coast Filed Office
                                FRANK J. ANDERS
                                SCOTT PERRYGO
                                KYLE FRALICK
                                Trial Attorneys
                                Torts Branch, Civil Division
                                450 Golden Gate Avenue, Room 7-5395
                                San Francisco, California 94102-3463
                                415-436-6648
                                Email: eric.kaufman-cohen@usdoj.gov
                                U.S. Department of Justice

                                Attorneys for United States of America

Dated: July 14, 2023    MCGUINN HILLSMAN AND PALEFSKY

s/John R. Hillsman
JOHN R. HILLSMAN
535 Pacific Avenue Suite 100
San Francisco, CA 94133
415-421-9292
Email: jrhillsman@mhpsf.com
On behalf of all Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing JOINT ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

        s/Eric Kaufman-Cohen
        ERIC KAUFMAN-COHEN