1  TRACY WILKISON
2  United States Attorney
3  JOANNE OSINOFF
   Assistant United States Attorney
4  Chief, Civil Division
5
6  BRIAN BOYNTON
   Principal Deputy Assistant Attorney General
7  ERIC KAUFMAN-COHEN, Cal. SBN 171064
   eric.kaufman-cohen@usdoj.gov
8  Attorney in Charge, West Coast Office
9  FRANK J. ANDERS, Cal. SBN 227208
   Franklin.j.anders@usdoj.gov
10 SCOTT PERRYGO, Cal. SBN 341834
11 Scott.perrygo@usdoj.gov
   KYLE FRALICK, Maryland SBN 081230008
12 Kyle.fralick@usdoj.gov
13 Trial Attorneys
14 Torts Branch, Civil Division
15 U.S. Department of Justice
   450 Golden Gate Avenue, Room 7-5395
16 San Francisco, California 94102-3463
17 Telephone: (415) 436-6648
              (415) 436-6644/(415) 436-6645/(415) 436-6647
18 Facsimile: (415) 436-6632
19 Attorneys for United States of America

20                UNITED STATES DISTRICT COURT

21                CENTRAL DISTRICT OF CALIFORNIA

22 | NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal | Case No.: 2:21-cv-07065-PA-MRW

In Admiralty

**DECLARATION OF ERIC KAUFMAN-COHEN PURSUANT TO CIVIL L.R. 7-7 IN SUPPORT OF JOINT MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| 1 | Representative of the Estate of MICHAEL QUITASOL (Deceased); ) |
| 2 | SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI ) |
| 3 | DEVI CAMPBELL WILLIAMS (Deceased); CHRISTINE ) |
| 4 | ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN ) |
| 5 | DIGNAM (Deceased); JASMINE LORD, Personal Representative of the ) |
| 6 | Estate of CHARLES McILVAIN (Deceased); VICTORIA E. MOORE, ) |
| 7 | Personal Representative of the Estates of ) RAYMOND SCOTT CHAN (Deceased) ) |
| 8 | and KENDRA CHAN (Deceased); ) YUKA OHASHI MERRITT, Personal ) |
| 9 | Representative of the Estate of YUKO HATANO (Deceased); VIKRAM ) |
| 10 | SINGH, Personal Representative of the Estate of SUNIL SINGH SANDHU ) |
| 11 | (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of ) |
| 12 | JUHA-PEKKA AHOPELTO (Deceased); YADIRA ALVAREZ, ) |
| 13 | Personal Representative of the Estate of BERENICE FELIPE (Deceased); SEJAY ) |
| 14 | TAN, Personal Representative of the Estate of WEI TAN (Deceased); ERIC ) |
| 15 | BALTZ, Personal Representative of the Estate of NEAL BALTZ (Deceased); ) |
| 16 | ANTHONY BEITZINGER, Personal Representative of the Estate of ) |
| 17 | PATRICIA BEITZINGER (Deceased); SHRUTI DEOPUJARI, Personal ) |
| 18 | Representative of the Estate of SANJEERI DEOPUJARI (Deceased); ) |
| 19 | ATLEE FRITZ, Personal Representative of the Estate of ) |
| 20 | ANDREW FRITZ (Deceased); SEEMA SHARMA, Personal ) |
| 21 | Representative of the Estate of KAUSTUBH NIRMAL (Deceased); ) |
| 22 | MARGARET STROM, Personal representative of the Estate of TED ) |
| 23 | STROM (Deceased); RICHARD X. LIU, Personal Representative of the Estate of ) |
| 24 | XIANG LIN; SUSANA SOLANO ROSAS, Personal Representative of the ) |
| 25 | Estates of EVANMICHEL SOLANO QUITASOL (Deceased), ANGELA ) |
| 26 | ROSE SOLANO QUITASOL (Deceased), and NICOLE SOLANO ) |
| 27 | QUITASOL (Deceased); ARIEL ) |
| 28 | |

| | |
|---|---|
| DECLARATION ISO JOINT MOTION TO CONTINUE FILING DATE OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT | Case No.: 2:21-cv-07065-PA-MRW |

| | |
|---|---|
| 1 | TAKVAM, Personal Representative of the Estate of KRISTIAN TAKVAM (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. |

DECLARATION ISO JOINT MOTION
TO CONTINUE FILING DATE OF UNITED
STATES' MOTION FOR SUMMARY JUDGMENT                Case No.: 2:21-cv-07065-PA-MRW

I, Eric Kaufman-Cohen hereby declare as follows:

1. I am the Attorney in Charge of the United States Department of Justice, Civil Division, Aviation Space & Admiralty West Coast Field Office and one of the attorneys for defendant the United States of America in this action. I have personal knowledge of the matters stated herein.

2. I have reviewed the parties JOINT ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT filed herewith and confirm that all the facts and opinions set forth therein are true and correct.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 14th day of July, 2023

/s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN

DECLARATION ISO JOINT MOTION TO CONTINUE FILINGDATE OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT         1         Case No.: 2:21-cv-07065-PA-MRW

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing DECLARATION OF ERIC KAUFMAN-COHEN PURSUANT TO CIVIL L.R. 7-7 IN SUPPORT OF JOINT MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

                    <u>s/Eric Kaufman-Cohen</u>
                    ERIC KAUFMAN-COHEN