TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
FRANK J. ANDERS, Cal. SBN 227208
Franklin.j.anders@usdoj.gov
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov
KYLE FRALICK, Maryland SBN 081230008
Kyle.fralick@usdoj.gov
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
              (415) 436-6644/(415) 436-6645/(415) 436-6647
Facsimile: (415) 436-6632

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

CHRISTINA QUITASOL, Personal )
Representative of the Estate of )
MICHAEL QUITASOL (Deceased); )
SARMA WILLIAMS, Personal )
Representative of the Estate of VAIDEHI )
DEVI CAMPBELL WILLIAMS )
(Deceased); CHRISTINE )
ALEXANDRA DIGNAM, Personal )
Representative of the Estate of JUSTIN )
DIGNAM (Deceased); JASMINE )
LORD, Personal Representative of the )
Estate of CHARLES McILVAIN )
(Deceased); VICTORIA E. MOORE, )
Personal Representative of the Estates of )
RAYMOND SCOTT CHAN (Deceased) )
and KENDRA CHAN (Deceased); )
YUKA OHASHI MERRITT, Personal )
Representative of the Estate of YUKO )
HATANO (Deceased); VIKRAM )
SINGH, Personal Representative of the )
Estate of SUNIL SINGH SANDHU )
(Deceased); NINA HUTTEGGER, )
Personal Representative of the Estate of )
JUHA-PEKKA AHOPELTO )
(Deceased); YADIRA ALVAREZ, )
Personal Representative of the Estate of )
BERENICE FELIPE (Deceased); SEJAY )
TAN, Personal Representative of the )
Estate of WEI TAN (Deceased); ERIC )
BALTZ, Personal Representative of the )
Estate of NEAL BALTZ (Deceased); )
ANTHONY BEITZINGER, Personal )
Representative of the Estate of )
PATRICIA BEITZINGER (Deceased); )
SHRUTI DEOPUJARI, Personal )
Representative of the Estate of )
SANJEERI DEOPUJARI (Deceased); )
ATLEE FRITZ, Personal )
Representative of the Estate of )
ANDREW FRITZ (Deceased); SEEMA )
SHARMA, Personal )
Representative of the Estate of )
KAUSTUBH NIRMAL (Deceased); )
MARGARET STROM, Personal )
representative of the Estate of TED )
STROM (Deceased); RICHARD X. LIU, )
Personal Representative of the Estate of )
XIANG LIN; SUSANA SOLANO )
ROSAS, Personal Representative of the )
Estates of EVANMICHEL SOLANO )
QUITASOL (Deceased), ANGELA )
ROSE SOLANO QUITASOL )
(Deceased), and NICOLE SOLANO )

1  QUITASOL (Deceased); ARIEL                       )
   TAKVAM, Personal Representative of               )
2  the Estate of KRISTIAN TAKVAM                    )
   (Deceased); DOMINIC MICAEL                       )
3  SELGA, Personal Representative of the            )
   Estate of FERNISA JUNE SISON                     )
4  (Deceased); ROBERT KURTZ and                     )
   CHERIE MCDONOUGH, Personal                       )
5  Representatives of the Estate of                 )
   ALEXANDRA HALEY KURTZ; JEAN                      )
6  ANNE ALLEN as Executor of the Estate            )
   of STEVEN JOHN SALIKA, Executor                  )
7  of the Estate OF CAROL DIANA                     )
   ADAMIC and Administrator of the                  )
8  Estate of TIA NICOLE ADAMIC                      )
   SALIKA; JAMES ADAMIC,                            )
9  individually and as beneficiary of the           )
   Estate of CAROL DIANA ADAMIC                     )
10 (Deceased); ANGELIKA ADAMIC,                     )
   individually and as beneficiary of the           )
11 Estate of CAROL DIANA ADAMIC                     )
   (Deceased); MARK ADAMIC,                         )
12 individually and as beneficiary of the           )
   Estate of CAROL DIANA ADAMIC                     )
13 (Deceased); SHIRLEY SALIKA,                      )
   individually, and as beneficiary of the          )
14 Estate of STEVEN JOHN SALIKA                     )
   (Deceased) and TIA NICOLE SALIKA                 )
15 (Deceased); DANIEL POH-HOCK                      )
   CHUA, Personal Representative of the             )
16 Estate of KRISTINA OLINE FINSTAD                 )
   (Deceased), and RYAN SIMS,                       )
17 individually,                                    )
                                                    )
18             Plaintiffs,                          )
                                                    )
19       vs.                                        )
                                                    )
20 UNITED STATES OF AMERICA,                        )
                                                    )
21             Defendant.                           )
                                                    )
22 ─────────────────────────────────

23

24

25

26

27

28

[PROPOSED] ORDER                          Case No.: 2:21-cv-07065-PA-MRW

The parties' joint Administrative Motion having been reviewed and considered, and good cause appearing therefor:

IT IS HEREBY ORDERED, pursuant to Civil Local Rule 7-1 and 7-3, that the United States' time to file its the motion for summary judgment is extended to October 30, 2023.

IT IS SO ORDERED.


Dated: _____    _____

                                           PERCY ANDERSON
                                           United States District Judge
                                           Central District of California

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing [PROPOSED] ORDER GRANTING  JOINT ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING THE FILING DATE ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

s/Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN