TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
FRANK J. ANDERS, Cal. SBN 227208
Franklin.j.anders@usdoj.gov
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov
KYLE FRALICK, Maryland SBN 081230008
Kyle.fralick@usdoj.gov
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648/(415) 436-6644
            (415) 436-6645/(415) 436-6647
Facsimile: (415) 436-6632

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>**UNITED STATES' UNOPPOSED APPLICATION TO EXTEND PAGE LIMITATION ON UNITED STATES' MOTION TO DISMISS**<br><br>[L.R. 11-6]<br><br>Hon. Percy Anderson |

| | |
|---|---|
| 1 | DEVI CAMPBELL WILLIAMS ) |
|   | (Deceased); CHRISTINE ) |
| 2 | ALEXANDRA DIGNAM, Personal ) |
|   | Representative of the Estate of JUSTIN ) |
| 3 | DIGNAM (Deceased); JASMINE ) |
|   | LORD, Personal Representative of the ) |
| 4 | Estate of CHARLES McILVAIN ) |
|   | (Deceased); VICTORIA E. MOORE, ) |
| 5 | Personal Representative of the Estates of ) |
|   | RAYMOND SCOTT CHAN (Deceased) ) |
| 6 | and KENDRA CHAN (Deceased); ) |
|   | YUKA OHASHI MERRITT, Personal ) |
| 7 | Representative of the Estate of YUKO ) |
|   | HATANO (Deceased); VIKRAM ) |
| 8 | SINGH, Personal Representative of the ) |
|   | Estate of SUNIL SINGH SANDHU ) |
| 9 | (Deceased); NINA HUTTEGGER, ) |
|   | Personal Representative of the Estate of ) |
| 10 | JUHA-PEKKA AHOPELTO ) |
|    | (Deceased); YADIRA ALVAREZ, ) |
| 11 | Personal Representative of the Estate of ) |
|    | BERENICE FELIPE (Deceased); SEJAY ) |
| 12 | TAN, Personal Representative of the ) |
|    | Estate of WEI TAN (Deceased); ERIC ) |
| 13 | BALTZ, Personal Representative of the ) |
|    | Estate of NEAL BALTZ (Deceased); ) |
| 14 | ANTHONY BEITZINGER, Personal ) |
|    | Representative of the Estate of ) |
| 15 | PATRICIA BEITZINGER (Deceased); ) |
|    | SHRUTI DEOPUJARI, Personal ) |
| 16 | Representative of the Estate of ) |
|    | SANJEERI DEOPUJARI (Deceased); ) |
| 17 | ATLEE FRITZ, Personal ) |
|    | Representative of the Estate of ) |
| 18 | ANDREW FRITZ (Deceased); SEEMA ) |
|    | SHARMA, Personal ) |
| 19 | Representative of the Estate of ) |
|    | KAUSTUBH NIRMAL (Deceased); ) |
| 20 | MARGARET STROM, Personal ) |
|    | representative of the Estate of TED ) |
| 21 | STROM (Deceased); RICHARD X. LIU, ) |
|    | Personal Representative of the Estate of ) |
| 22 | XIANG LIN; SUSANA SOLANO ) |
|    | ROSAS, Personal Representative of the ) |
| 23 | Estates of EVANMICHEL SOLANO ) |
|    | QUITASOL (Deceased), ANGELA ) |
| 24 | ROSE SOLANO QUITASOL ) |
|    | (Deceased), and NICOLE SOLANO ) |
| 25 | QUITASOL (Deceased); ARIEL ) |
|    | TAKVAM, Personal Representative of ) |
| 26 | the Estate of KRISTIAN TAKVAM ) |
|    | (Deceased); DOMINIC MICAEL ) |
| 27 | SELGA, Personal Representative of the ) |
| 28 | |

| | |
|---|---|
| Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

UNITED STATES' UNOPPOSED APPLICATION
TO EXTEND PAGE LIMITATION

Case No.: 2:21-cv-07065-PA-MRW

In accordance with Local Rule 11-6 and Judge Anderson's Civil Standing Order, the United States hereby respectfully requests that this court extend its page limitations and permit the United States to file an overlength brief with its Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1). Good cause exists for an overlength Motion to Dismiss. The United States' motion to dismiss is based on a lack of subject matter jurisdiction under the discretionary function exception ("DFE") to the United States' waiver of sovereign immunity judicially incorporated into the Suits in Admiralty Act ("SIAA"), 46 U.S.C. §§ 30191-30918, *Earles v. United States,* 935 F.2d 1028 (9th Cir. 1991)

The DFE is a nuanced legal argument that turns on a multi-part test. The DFE issue requires analysis of the statutes, regulations, and other policies governing the challenged conduct, including the reasoning behind such policies. Pursuant to this court's discovery order, ECF 73, the parties engaged in over seven months of discovery on this issue. The United States produced nearly 4,000 pages of potentially relevant policies and documents, and Plaintiffs deposed six Coast Guard officers, all on the DFE defense alone. These numbers do not include the numerous statutes under 46 U.S.C. Subtitle II, Part B, regarding vessel inspection and regulation, nor the 11 Parts and 65 Subparts under 46 C.F.R. Subchapter T, at the heart of the DFE issue. *See* 46 C.F.R. §§ 175.100-185.910.

Additionally, this is a case with major significance for both sides. Plaintiffs are the representatives of 34 decedents who suffered inarguably tragic deaths in the *Conception* fire. These families deserve the fullest consideration of the jurisdictional issues here. At the same time, this lawsuit carries weighty implications for the United States and the U.S. Coast Guard. The Coast Guard is the nation's lead maritime safety regulator. From the earliest days of commercial maritime disasters, the Coast Guard has worked to promote and improve maritime

safety. Plaintiffs ask the court to find that the Coast Guard could face lawsuit for deaths aboard a privately-owned, privately-operated vessel solely because it had inspected the vessel at some point in the past. Such a ruling has the potential to seriously hamstring the Coast Guard's regulation and inspection of commercial vessels, directly harming its ability to promote vessel safety. For this reason, the United States' DFE defense also deserves the fullest consideration.

    Counsel for the United States discussed this application with counsel for Plaintiffs, who indicated Plaintiffs would not oppose this application.

    As such, the United States hereby respectfully requests leave from the court to file a Motion to Dismiss with accompanying memorandum of points and authorities of up to 35 pages.

Date: March 28, 2024	Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Filed Office

 s/Scott Perrygo
SCOTT PERRYGO
FRANK J. ANDERS
KYLE FRALICK
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for United States of America

CERTIFICATE OF SERVICE

  I hereby certify that on March 28, 2024, a copy of the foregoing UNITED STATES' UNOPPOSED APPLICATION TO EXTEND PAGE LIMITATION ON UNITED STATES' MOTION TO DISMISS was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

        <u>s/Scott Perrygo</u>
        SCOTT PERRYGO