TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
FRANK J. ANDERS, Cal. SBN 227208
Franklin.j.anders@usdoj.gov
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov
KYLE FRALICK, Maryland SBN 081230008
Kyle.fralick@usdoj.gov
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648
         (415) 436-6644/(415) 436-6645/(415) 436-6647
Facsimile: (415) 436-6632
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI DEVI CAMPBELL WILLIAMS | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>**ORDER GRANTING UNITED STATES' UNOPPOSED APPLICATION TO EXTEND PAGE LIMITATION ON UNITED STATES' MOTION TO DISMISS** |

| | |
|---|---|
| 1 | (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN DIGNAM (Deceased); JASMINE LORD, Personal Representative of the Estate of CHARLES McILVAIN (Deceased); VICTORIA E. MOORE, Personal Representative of the Estates of RAYMOND SCOTT CHAN (Deceased) and KENDRA CHAN (Deceased); YUKA OHASHI MERRITT, Personal Representative of the Estate of YUKO HATANO (Deceased); VIKRAM SINGH, Personal Representative of the Estate of SUNIL SINGH SANDHU (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of JUHA-PEKKA AHOPELTO (Deceased); YADIRA ALVAREZ, Personal Representative of the Estate of BERENICE FELIPE (Deceased); SEJAY TAN, Personal Representative of the Estate of WEI TAN (Deceased); ERIC BALTZ, Personal Representative of the Estate of NEAL BALTZ (Deceased); ANTHONY BEITZINGER, Personal Representative of the Estate of PATRICIA BEITZINGER (Deceased); SHRUTI DEOPUJARI, Personal Representative of the Estate of SANJEERI DEOPUJARI (Deceased); ATLEE FRITZ, Personal Representative of the Estate of ANDREW FRITZ (Deceased); SEEMA SHARMA, Personal Representative of the Estate of KAUSTUBH NIRMAL (Deceased); MARGARET STROM, Personal representative of the Estate of TED STROM (Deceased); RICHARD X. LIU, Personal Representative of the Estate of XIANG LIN; SUSANA SOLANO ROSAS, Personal Representative of the Estates of EVANMICHEL SOLANO QUITASOL (Deceased), ANGELA ROSE SOLANO QUITASOL (Deceased), and NICOLE SOLANO QUITASOL (Deceased); ARIEL TAKVAM, Personal Representative of the Estate of KRISTIAN TAKVAM (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of FERNISA JUNE SISON |

[PROPOSED] ORDER GRANTING UNITED STATES' APPLICATION TO EXTEND PAGE LIMITATION

Case No.: 2:21-cv-07065-PA-MRW

|   |   |   |
|---|---|---|
| 1 | (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|  | Plaintiffs, | ) ) |
|  | vs. | ) ) |
|  | UNITED STATES OF AMERICA, | ) ) |
|  | Defendant. | ) ) ) |

[PROPOSED] ORDER GRANTING
UNITED STATES' APPLICATION TO
EXTEND PAGE LIMITATION                                         Case No.: 2:21-cv-07065-PA-MRW

       The court, having considered the United States' Unopposed Application to Extend Page Limitation on United States' Motion to Dismiss (ECF 85), the court hereby finds that good cause exists for the United States' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) to exceed 25 pages.

       THEREFORE, IT IS HEREBY ORDERED that the United States may file a memorandum of points and authorities supporting its motion to dismiss of up to 35 pages.

DATED   March 28, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE