TRACY WILKISON
United States Attorney
JOANNE OSINOFF
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov

Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648/(415) 436-6645
Facsimile: (415) 436-6632
Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI DEVI CAMPBELL WILLIAMS (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN DIGNAM (Deceased); JASMINE | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>**DECLARATION OF SCOTT PERRYGO IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS**<br><br>[L.R. 7-7]<br><br>Date: August 12, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Hon. Percy Anderson |

| | |
|---|---|
| 1 | LORD, Personal Representative of the Estate of CHARLES McILVAIN )
| 2 | (Deceased); VICTORIA E. MOORE, ) Personal Representative of the Estates of )
| 3 | RAYMOND SCOTT CHAN (Deceased) ) and KENDRA CHAN (Deceased); )
| 4 | YUKA OHASHI MERRITT, Personal ) Representative of the Estate of YUKO )
| 5 | HATANO (Deceased); VIKRAM ) SINGH, Personal Representative of the )
| 6 | Estate of SUNIL SINGH SANDHU ) (Deceased); NINA HUTTEGGER, )
| 7 | Personal Representative of the Estate of ) JUHA-PEKKA AHOPELTO )
| 8 | (Deceased); YADIRA ALVAREZ, ) Personal Representative of the Estate of )
| 9 | BERENICE FELIPE (Deceased); SEJAY ) TAN, Personal Representative of the )
| 10 | Estate of WEI TAN (Deceased); ERIC ) BALTZ, Personal Representative of the )
| 11 | Estate of NEAL BALTZ (Deceased); ) ANTHONY BEITZINGER, Personal )
| 12 | Representative of the Estate of ) PATRICIA BEITZINGER (Deceased); )
| 13 | SHRUTI DEOPUJARI, Personal ) Representative of the Estate of )
| 14 | SANJEERI DEOPUJARI (Deceased); ) ATLEE FRITZ, Personal )
| 15 | Representative of the Estate of ) ANDREW FRITZ (Deceased); SEEMA )
| 16 | SHARMA, Personal ) Representative of the Estate of )
| 17 | KAUSTUBH NIRMAL (Deceased); ) MARGARET STROM, Personal )
| 18 | representative of the Estate of TED ) STROM (Deceased); RICHARD X. LIU, )
| 19 | Personal Representative of the Estate of ) XIANG LIN; SUSANA SOLANO )
| 20 | ROSAS, Personal Representative of the ) Estates of EVANMICHEL SOLANO )
| 21 | QUITASOL (Deceased), ANGELA ) ROSE SOLANO QUITASOL )
| 22 | (Deceased), and NICOLE SOLANO ) QUITASOL (Deceased); ARIEL )
| 23 | TAKVAM, Personal Representative of ) the Estate of KRISTIAN TAKVAM )
| 24 | (Deceased); DOMINIC MICAEL ) SELGA, Personal Representative of the )
| 25 | Estate of FERNISA JUNE SISON ) (Deceased); ROBERT KURTZ and )
| 26 | CHERIE MCDONOUGH, Personal ) Representatives of the Estate of )
| 27 | ALEXANDRA HALEY KURTZ; JEAN )
| 28 | |

DECLARATION OF SCOTT PERRYGO IN SUPPORT OF UNITED STATES' MOTION TO DISMISS

Case No.: 2:21-cv-07065-PA-MRW

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually, |
| 13 | Plaintiffs, |
| 14 | vs. |
| 15<br>16 | UNITED STATES OF AMERICA, |
| 17 | Defendant. |

DECLARATION OF SCOTT PERRYGO IN SUPPORT OF UNITED STATES' MOTION TO DISMISS

Case No.: 2:21-cv-07065-PA-MRW

I, Scott Perrygo hereby declare as follows:

1. I am a Trial Attorney of the United States Department of Justice, Civil Division, Aviation Space & Admiralty West Coast Field Office and one of the attorneys for defendant United States of America in this action. I have personal knowledge of the matters stated herein.

2. Exhibit "A" is a true and correct copy of excerpts of the U.S. Coast Guard Marine Safety Manual Volume 2.

3. Exhibit "B" is a true and correct copy of excerpts from the deposition transcript of Commander Stephanie Hodgdon, U.S. Coast Guard.

4. Exhibit "C" is a true and correct copy of excerpts of the U.S. Coast Guard Marine Safety Manual Volume 1 ("MSM Vol. 1").

5. Exhibit "D" is a true and correct copy of excerpts of form CG-840 TI.

6. Exhibit "E" is a true and correct copy of excerpts from the deposition transcript of Lieutenant Commander Joe Price Larson, U.S. Coast Guard.

7. Exhibit "F" is a true and correct copy of *Conception*'s Certificate of Inspection ("COI") issued November 19, 2014.

8. Exhibit "G" is a true and correct copy of excerpts from the deposition transcript of Captain Ronald Caputo, U.S. Coast Guard.

9. Exhibit "H" is a true and correct copy of Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports 6625487 and 6625180, for the inspection of *Conception* dated Feb. 13, 2019.

10. Exhibit "I" is a true and correct copy of excerpts of the U.S. Coast Guard Maritime Commerce Strategic Outlook, October 2018.

11. Exhibit "J" is a true and correct copy of excerpts of the U.S. Coast Guard Strategic Plan 2018-2022.

\\

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of May, 2024

                                  <u>s/Scott Perrygo</u>
                                  SCOTT PERRYGO

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, a copy of the foregoing DECLARATION OF SCOTT PERRYGO IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

                                  <u>s/Scott Perrygo</u>
                                  SCOTT PERRYGO