E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERIC KAUFMAN-COHEN, Cal. SBN 171064
eric.kaufman-cohen@usdoj.gov
Attorney in Charge, West Coast Office
FRANK J. ANDERS, Cal. SBN 227208
Franklin.j.anders@usdoj.gov
SCOTT PERRYGO, Cal. SBN 341834
Scott.perrygo@usdoj.gov
KYLE FRALICK, Maryland SBN 081230008
Kyle.fralick@usdoj.gov
Trial Attorneys
Torts Branch, Civil Division
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6648/(415) 436-6644/
             (415) 436-6645/(415) 436-6647
Facsimile: (415) 436-6632

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI | Case No.: 2:21-cv-07065-PA-MRW<br><br>In Admiralty<br><br>**UNITED STATES' NOTICE OF ERRATA RE EXHIBIT H TO THE DECLARATION OF SCOTT PERRYGO FILED IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS**<br><br>[ECF 88-10] |

| | |
|---|---|
| 1 | DEVI CAMPBELL WILLIAMS ) |
| | (Deceased); CHRISTINE ) |
| 2 | ALEXANDRA DIGNAM, Personal ) |
| | Representative of the Estate of JUSTIN ) |
| 3 | DIGNAM (Deceased); JASMINE ) |
| | LORD, Personal Representative of the ) |
| 4 | Estate of CHARLES McILVAIN ) |
| | (Deceased); VICTORIA E. MOORE, ) |
| 5 | Personal Representative of the Estates of ) |
| | RAYMOND SCOTT CHAN (Deceased) ) |
| 6 | and KENDRA CHAN (Deceased); ) |
| | YUKA OHASHI MERRITT, Personal ) |
| 7 | Representative of the Estate of YUKO ) |
| | HATANO (Deceased); VIKRAM ) |
| 8 | SINGH, Personal Representative of the ) |
| | Estate of SUNIL SINGH SANDHU ) |
| 9 | (Deceased); NINA HUTTEGGER, ) |
| | Personal Representative of the Estate of ) |
| 10 | JUHA-PEKKA AHOPELTO ) |
| | (Deceased); YADIRA ALVAREZ, ) |
| 11 | Personal Representative of the Estate of ) |
| | BERENICE FELIPE (Deceased); SEJAY ) |
| 12 | TAN, Personal Representative of the ) |
| | Estate of WEI TAN (Deceased); ERIC ) |
| 13 | BALTZ, Personal Representative of the ) |
| | Estate of NEAL BALTZ (Deceased); ) |
| 14 | ANTHONY BEITZINGER, Personal ) |
| | Representative of the Estate of ) |
| 15 | PATRICIA BEITZINGER (Deceased); ) |
| | SHRUTI DEOPUJARI, Personal ) |
| 16 | Representative of the Estate of ) |
| | SANJEERI DEOPUJARI (Deceased); ) |
| 17 | ATLEE FRITZ, Personal ) |
| | Representative of the Estate of ) |
| 18 | ANDREW FRITZ (Deceased); SEEMA ) |
| | SHARMA, Personal ) |
| 19 | Representative of the Estate of ) |
| | KAUSTUBH NIRMAL (Deceased); ) |
| 20 | MARGARET STROM, Personal ) |
| | representative of the Estate of TED ) |
| 21 | STROM (Deceased); RICHARD X. LIU, ) |
| | Personal Representative of the Estate of ) |
| 22 | XIANG LIN; SUSANA SOLANO ) |
| | ROSAS, Personal Representative of the ) |
| 23 | Estates of EVANMICHEL SOLANO ) |
| | QUITASOL (Deceased), ANGELA ) |
| 24 | ROSE SOLANO QUITASOL ) |
| | (Deceased), and NICOLE SOLANO ) |
| 25 | QUITASOL (Deceased); ARIEL ) |
| | TAKVAM, Personal Representative of ) |
| 26 | the Estate of KRISTIAN TAKVAM ) |
| | (Deceased); DOMINIC MICAEL ) |
| 27 | SELGA, Personal Representative of the ) |
| 28 | |

| | |
|---|---|
| Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This notice of errata is being filed to correct Exhibit H to the Declaration of Scott Perrygo in support of the United States' Motion to Dismiss Plaintiffs' Amended Complaint for lack of jurisdiction. The original Exhibit H [ECF 88-10] inadvertently left out the actual exhibit and only included the cover page.

Attached hereto is the entire Exhibit H.

Date: May 15, 2024                    Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney
                                      DAVID M. HARRIS
                                      Assistant United States Attorney
                                      Chief, Civil Division

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General
                                      ERIC KAUFMAN-COHEN
                                      Attorney in Charge, West Coast Filed Office

                                       s/Scott Perrygo
                                      SCOTT PERRYGO
                                      Trial Attorney
                                      Torts Branch, Civil Division
                                      U.S. Department of Justice

                                      Attorneys for United States of America

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, a copy of the foregoing UNITED STATES' NOTICE OF ERRATA RE EXHIBIT H TO THE DECLARATION OF SCOTT PERRYGO FILED IN SUPPORT OF THE UNITED STATES' MOTION TO DISMISS was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system, which will serve an electronic copy of all counsel of record.

    <u>s/Scott Perrygo</u>
    SCOTT PERRYGO