UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7065 PA (MRWx) | Date | May 16, 2024 |
|---|---|---|---|
| Title | Nancy Fiedler, et al. v. United States | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

    Before the Court is a Motion to Dismiss for Lack of Jurisdiction filed by defendant United States ("Defendant") (Docket No. 88). Defendant filed the Motion on May 15, 2024, and set it for hearing on August 12, 2024. The Court's Standing Order, however, states: "No motion shall be noticed for hearing for more than thirty-five (35) days after service of the motion unless otherwise ordered by the Court." None of the parties' prior Stipulations seeking continuances of the deadline for Defendant to file the Motion, or the Defendant's most recent Application to Exceed Page Limitation, sought to modify the briefing deadlines contained in the Court's Standing Order. Nor has Defendant sought leave of Court to set the hearing on the Motion more than 35 days after it was served. The Court therefore advances the hearing to June 24, 2024, at 1:30 p.m.

    IT IS SO ORDERED.