GRETCHEN M. NELSON, SBN 112566
gnelson@nflawfirm.com
CARLOS F. LLINAS NEGRET, SBN 284746
cllinas@nflawfirm.com
NELSON & FRAENKEL, LLP
601 S. Figueroa St., Suite 2050
Los Angeles, CA 90017
Tel. No.: (844) 622 – 6469
Fax No. (213) 622 - 6019

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased), et al. .<br><br>       Plaintiffs,<br> v.<br>UNITED STATES OF AMERICA,<br>       Defendant. | Case No. 2:21-cv-07065-PA-PVC<br><br>Honorable Percy Anderson<br><br>PROOF OF SERVICE OF ECF NO. 96 THROUGH 96-3: SEALED DECLARATION IN SUPPORT OF PLAINTIFFS' AMENDED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (WITH ATTACHMENTS) |

# **PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 S. Figueroa St., Suite 2050, Los Angeles, California 90017.

On July 5, 2024, I served the foregoing documents described as follows:

DOC No. 96: SEALED DECLARATION IN SUPPORT OF Amended APPLICATION to file document Exhibit seal[95] filed by Plaintiff Nancy Fiedler. (Attachments: # (1) Exhibit 1 the Declaration of John Hillsman, # (2) Unredacted Document Exhibit 2 to the Declaration of John Hillsman to be submitted in Support of Response in Opposition to Defendant United States Motion to Dismiss (3) Exhibit 3 to the Declaration of John Hillsman

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, and in the manner stated below:

_____BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  X   BY EMAIL: EMAILS LISTED ON SERVICE LIST

_____(State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 5, 2024, at Los Angeles, California.

Carlos F. Llinas Negret  
(Print Name)                                                (Signature)

# SERVICE LIST

## CONCEPTION SERVICE LIST

| | |
|---|---|
| **Alexandra Poulson**<br>apoulson@arnolditkin.com<br><br>**Ernest D. DiSandro**<br>ddisandro@smbb.com<br><br>**Robert Harry Zimmerman**<br>rhz@szs.com<br><br>**Todd M Abbott**<br>tmabbottlaw@gmail.com<br><br>**Jennifer L Fiore**<br>jennifer@thefafirm.com<br><br>**Gretchen M. Nelson**<br>pdavis@nflawfirm.com,<br>mlevin@nflawfirm.com,<br>gnelson@nflawfirm.com,<br>ktorres@nflawfirm.com,<br>fileandcalendar@nflawfirm.com<br><br>**Carlos Felipe Llinas Negret**<br>cllinas@nflawfirm.com,<br>ktorres@nflawfirm.com,<br>fileandcalendar@nflawfirm.com<br><br>**Daniel O. Rose**<br>drose@kreindler.com<br><br>**Kevin John Mahoney**<br>kmahoney@kreindler.com | Attorneys for All Plaintiffs |

**Aurelio Edward Fields**
ed@russfieldslaw.com

**Theodore Derk Poppinga**
calendar@szs.com, kap@szs.com, rhz@szs.com, tdp@szs.com

**Robert Samuel Glassman**
kvo@psbr.law,
rglassman@psbr.law

**Alan Lawrence Van Gelder**
rgersten@gbw.law,
avangelder@gbw.law,
cnickerson@greene-broillet.com

**John Ralph Hillsman**
jrhillsman@mhpsf.com

**Ilya Demetrios Frangos**
ifrangos@gff-law.com

**Matthew D Davis**
mdavis@walkuplawoffice.com,
dsaeltzer@walkuplawoffice.com,
kbenzien@walkuplawoffice.com

**Cory D. Itkin**
citkin@arnolditkin.com,
cmartinez@arnolditkin.com

**Roland T. Christensen**
mpalma@arnolditkin.com,
rchristensen@arnolditkin.com, e-service@arnolditkin.com

**Jeffrey P. Goodman**
ddisandro@smbb.com,
jgoodman@smbb.com,
mrubinson@smbb.com

| | |
|---|---|
| **Eric J Kaufman-Cohen**<br>bonnie.li@usdoj.gov, eric.kaufman-cohen@usdoj.gov, veronica.hankerson@usdoj.gov<br>**Kyle Fralick**<br>bonnie.li@usdoj.gov, eric.kaufman-cohen@usdoj.gov, veronica.hankerson@usdoj.gov, kyle.fralick@usdoj.gov<br><br>**Frank J Anders**<br>bonnie.li@usdoj.gov, eric.kaufman-cohen@usdoj.gov, veronica.garner@usdoj.gov, franklin.j.anders@usdoj.gov<br><br>**Scott Perrygo**<br>bonnie.li@usdoj.gov, eric.kaufman-cohen@usdoj.gov, veronica.hankerson@usdoj.gov, scott.perrygo@usdoj.gov | Attorneys for Defendant United States of America |