GRETCHEN NELSON, ESQ. (S.B.N. 112566)
(gnelson@nflawfirm.com)
CARLOS NEGRET, ESQ. (S.B.N. 284746)
(cllinas@nflawfirm.com)
NELSON & FRAENKEL LLP
601 South Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469

JOHN R. HILLSMAN (S.B.N. 71220)
(jrhillsman@mhpsf.com)
DEREK B. JACOBSON (S.B.N. 88417)
(dbjacobson@mhpsf.com)
ABRAHAM F. HILLSMAN (S.B.N 241810)
(bfh@mhpsf.com)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94 I 33
Telephone: ( 415) 421-9292

DOUGLAS DISANDRO, JR., ESQ.
(ddisandro@smbb.com)
JEFFREY GOODMAN, ESQ.
(jgoodman@smbb.com)
ROBERT MONGELUZZI, ESQ.
(rmongeluzzi@smbb.com)
SALTZ MONGELUZZI & BENDESKY P.C.
1650 Market Street
Philadelphia, PA 19103
Telephone: (2I5) 496-8282
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NANCY FIEDLER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 2:21-cv-07065-PA-MRW**<br>Honorable Percy Anderson<br><br>**DECLARATION OF DARYL EBERSOLE, P.E., CFEI IN SUPPORT OF OPPOSITION TO UNITED STATES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [Fed.R.Civ.P.12(b)(1)]** |

I, DARYL EBERSOLE, P.E., CFEI, declare as follows:

1. I respectfully submit this Declaration pursuant to F.R.C.P. Rule 56(d) on behalf of all Plaintiffs. I have personal knowledge of the matters stated herein and could and would competently so testify if called as a witness herein.

2. I am a Professional Engineer, licensed in the State of California and 36 other states, and am a Certified Fire and Explosion Investigator.

3. I have over 40 years of experience including in the fields of electrical power and control systems. My experience includes investigations of causes of fires. I have in the past led the fire investigation practice group and I currently lead the electrical engineering practice group at Robson Forensic, Inc.

4. My experience includes electrical system design, operation, maintenance, and inspections. I have significant experience in management and supervision of others in electrical system design, operation, maintenance, and inspections. This experience includes selection of proper materials, electrical raceways, conduit, routing of electrical conductors, protection of electrical conductors, and fire ignition prevention of electrical conductors and systems. It also includes proper design and selection of materials for harsh environmental conditions of aggressive contaminants and moisture.

5. Based on my education, experience, and training as an electrical engineer, I was hired on behalf of Plaintiffs in this matter as an expert on issues related to, among other things, the Conception's electrical systems and wiring.

6. In my capacity as an expert electrical engineer, I was asked to attend inspections of the wreckage of the Conception on behalf of Plaintiffs.

7. I personally participated in several inspections, which took place at Port Hueneme Naval Base.

8. My inspections occurred on the dates of June 28 – 29, 2021, and August 9 – 10, 2022.

9. The inspections of the wreckage of the Conception revealed the presence of non-marine grade electrical conditions, including wiring, wiring practices, insufficient electrical raceways, and insufficient wiring protection, located in the bunkhouse area.

10. The presence of these electrical conditions in that area of the vessel posed a fire hazard in the context of a marine environment.

11. It is well known in the engineering and scientific communities that safe electrical systems and prevention of fires in the marine environment require elimination of the conditions that were found on the Conception.

12. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2024, in the County of Lancaster, Pennsylvania.

_____
DARYL EBERSOLE, P.E., CFEI