1 | GRETCHEN NELSON, ESQ. (S.B.N. 112566)
  | (gnelson@nflawfirm.com)
2 | CARLOS LLINAS NEGRET, ESQ. (S.B.N. 284746)
  | (cllinas@nflawfirm.com)
3 | NELSON & FRAENKEL LLP
4 | 601 South Figueroa Street, Suite 2050
  | Los Angeles, CA 90017
5 | Telephone: (213) 622-6469

6 |
7 | JOHN R. HILLSMAN (S.B.N. 71220)
  | (jrhillsman@mhpsf.com)
8 | MCGUINN, HILLSMAN & PALEFSKY
  | 535 Pacific Avenue
9 | San Francisco, CA 94 I 33
  | Telephone: ( 415) 421-9292
10 |

11 | DOUGLAS DISANDRO, JR., ESQ.  (admitted pro hac vice)
   | (ddisandro@smbb.com)
12 | SALTZ MONGELUZZI & BENDESKY P.C.
   | 1650 Market Street
13 | Philadelphia, PA 19103
   | Telephone: (2I5) 496-8282
14 |

15 | *Counsel for Plaintiffs (Additional Plaintiffs' counsel identified on signature page)*

16 | UNITED STATES DISTRICT COURT
17 | CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NANCY FIEDLER, et al., | Case No. 2:21-cv-07065-PA-MRW |
| Plaintiffs, | Honorable Percy Anderson<br>Courtroom 9A |
| vs. | **NOTICE OF ERRATA REGARDING THE DECLARATION OF JOHN HILLSMAN IN SUPPORT OF OPPOSITION TO UNITED STATES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION (ECF No. 98-1) [Fed.R.Civ.P.12(b)(1)]** |
| UNITED STATES OF AMERICA, et al., | |
| Defendant. | |
| | Hearing Date: Not Set |

Plaintiffs respectfully submit this Notice of Errata regarding the Declaration of John Hillsman in Support of Opposition to United States' Motion to Dismiss Plaintiffs' First Amended Complaint For Lack Of Subject Matter Jurisdiction filed under Fed. R. Civ. P. 12(b)(1) (Hillsman Declaration") (*see* ECF 98-1).

The caption page of the Hillsman Declaration, specifically page 1 lines 16-17, contains a scrivener's error. The text "IN THE SUPERIOR COURT FOR THE CATE OF CALIFORNIA COUNTY OF LOS ANGELES" should be corrected to read "UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION."

Dated: July 8, 2024,   Respectfully Submitted,
NELSON & FRAENKEL LLP
MCGUINN, HILLSMAN & PALEFSKY
SALTZ MONGELUZZI & BENDESKY, P.C.

By  //s// Gretchen M. Nelson
    Gretchen M. Nelson
Attorneys for Plaintiffs

Additional Plaintiffs Counsel:

WALKUP MELODIA KELLY SCHOENBERGER
PANISH SHEA BOYLE & RAVIPUDI LLP
FIORE ACHERMAN, A Law Corp.
SCHUERING ZIMMERMAN & DOYLE, LLP
KREINDLER & KREINDLER LLP
LAW OFFICE OF W. RUSSELL FIELDS

| | |
|---|---|
| 1 | GALINE FRYE FITTING & FRANGOS |
| 2 | ARNOLD & ITKIN LLP |
| 3 | TODD M. ABBOTT, ESQ. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |