GRETCHEN NELSON, ESQ. (S.B.N. 112566)
(gnelson@nflawfirm.com)
CARLOS LLINAS NEGRET, ESQ. (S.B.N. 284746)
(cllinas@nflawfirm.com)
NELSON & FRAENKEL LLP
601 South Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469

JOHN R. HILLSMAN (S.B.N. 71220)
(jrhillsman@mhpsf.com)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94 I 33
Telephone: ( 415) 421-9292

DOUGLAS DISANDRO, JR., ESQ. (admitted pro hac vice)
(ddisandro@smbb.com)
SALTZ MONGELUZZI & BENDESKY P.C.
1650 Market Street
Philadelphia, PA 19103
Telephone: (2I5) 496-8282

*Counsel for Plaintiffs (Additional Plaintiffs' counsel identified on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

NANCY FIEDLER, et al.,

Plaintiffs,

vs.

UNITED STATES OF AMERICA

Defendant.

**Case No. 2:21-cv-07065-PA-MRW**

**PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS**

| FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. On September 2, 2019, a fire broke out on board the motor vessel *Conception* while she lay at anchor off the north shore of Santa Cruz Island. | 1. *Exhibit 1* (NTSB Board Marine Accident Report at Pgs. 10-11, 61). |
| 2. Thirty-nine people were on board the vessel at the time of the fire – thirty-three passengers and six crew members. | 2. *Exhibit 12* (NTSB Group Chairman's Report - Survival Factors Group at Pgs. 2:21-4:10). . |
| 3. Thirty-four of the people on board *Conception* -- all thirty-three passengers and one crew member -- perished in the fire. | 3. *Exhibit 12* (NTSB Group Chairman's Report's - Survival Factors Group at Pgs. 2:21-4:10). |
| 4. *Conception* had three decks: a sun deck atop the house (where the bridge and crew accommodations were situated); a main deck (where the galley and salon were housed); and a below-deck bunk room in the hull (where the passenger accommodations were located). | 5. *Exhibit 12* (NTSB Group Chairman's Report's - Survival Factors Group Pgs. 5:21-6:9; see also Exhibit "1" National Transportation Safety Board Marine Accident Report at Pg. 3 depicting a simple diagrammatic plan and profile view of the vessel). |
| 7. At the time of the fire, *Conception* was furnished with a large plastic trash can that was located at the after end of the deck house, beneath the wooden stairs leading from the main deck to the sun deck. | 7. *Exhibit 3* (NTSB Group Chairman's Factual Report – Fire and Explosions Group – dated May 7, 2020, at Pg. 20, Figure 9. |

| | |
|---|---|
| 8. At the time of the fire, *Conception's* galley and salon were furnished with fifteen to twenty-five plastic garden chairs manufactured by the Grosfillex Company ("Grosifillex garden chairs"). | 8. *Exhibit 7* (May 26, 2023, deposition of Inge Courtois, in her capacity as Person Most Qualified for Truth Aquatics at Pgs. 98:11-103:1; *Exhibit 3* (NTSB Group Chairman's Factual Report – Fire and Explosions Group - dated May 7, 2020. at Pg. 16, Figures 4 and 5). |
| 9. In addition to the Rubbermaid trash can described in Statement of Disputed Material Fact No. 7, the area at the after end of the deck house, beneath the wooden stairs leading from the main deck to the sun deck, was also furnished with a plastic waste container and a plastic rinse bucket. | 9. *Exhibit 3* (NTSSB Group Chairman's Factual Report – Fire and Explosions Group, dated May 7, 2020 at Pg. 20, Figure 9. |
| 10. In October of 2023, the United States Department of Justice prosecuted *Conception's* Captain, Jerry Nehl Boylan, for his role in events. | 10. *Hillsman Declaration* at Par. 7. |
| 11. During Captain Boylan's criminal trial, Senior ATF Fire Research Engineer, Jonathan Butta, and ATF Special Agent Certified Fire Investigator, Derrick Hill, testified that the fire on board *Conception* started in the large plastic trash can described in Statement of Disputed Material Fact No. 7. | 11. *Exhibit 5*]. (Trial testimony of Jonathan Butta, ATF Senior Fire Research Engineer, October 31, 2023, at Pgs. 28:3-18, 37:24-38:2, 53:2-14; *Exhibit 6*] (Trial Testimony of Derrick Hill, ATF Special Agent Certified Fire Investigator, October 31, 2023, Pgs. 125:21-129:20). |
| 12. The large plastic trash can described in Statement of Disputed Material Fact No. 7 was manufactured in May 2016 by Rubbermaid ("the Rubbermaid trash can"). | 12. *Exhibit 2* (ATF Report, Pg. 133, §§ 384-385; Pg. 196, § 570). |
| 13. In addition to the Rubbermaid trash can, *Conception* was also furnished with plastic waste receptacles in the galley, salon, and bunkroom. | 13. *Exhibit 3*. (NTSB Group Chairman's Factual Report, Fires and Explosions, dated May 7, 2020, at Pg. 9). |

| | |
|---|---|
| 14. United States Coast Guard Commander Stephanie Hodgdon testified, in her capacity as the Person Most Qualified under Rule 30(b)(6), that 46 CFR § 176.830 left the Coast Guard Marine Inspectors ("OCMIs") from Marine Safety Detachment ("MSD") Santa Barbara under "a mandatory duty" to identify, write up, and rectify any potential fire hazards they observed whenever they inspected *Conception*. | 14. *Exhibit 6* (April 12, 2023, Deposition of United States Coast Guard Commander Stephanie Hodgdon at Pgs. 29:20-32:14, 217;18-218:10, and 229:24-232:6). |
| 15. The New T-Regulations, 46 CFR 177.405(f) provides:<br><br>"Unless other means are provided to ensure that a potential waste receptacle fire would be limited to the receptacle, waste receptacles must be constructed of non-combustible materials with no openings in the sides or bottom." | 15. *Exhibit 6* (April 12, 2023 deposition of United States Coast Guard Commander Stephanie Hodgdon, in her capacity as Person Most Qualified under Rule 30(b)(6), at Pgs. 231:11-18). |
| 16. United States Coast Guard Commander Stephanie Hodgdon testified, in her capacity as the Person Most Qualified under Rule 30(b)(6), that the Rubbermaid trash can was an obvious fire hazard. | 16. *Exhibit 6* (April 12, 2023, deposition of United States Coast Guard Commander Stephanie Hodgdon, at Pgs. 235:11-236:3, 242:4-243:9). |
| 17. The *Conception* and two similar dive boats, the *Truth* and the *Vision*, were based in Santa Barbara and operated by Truth Aquatics, Inc. | 17. *Exhibit 7* (May 26, 2023, deposition of Inge Courtois at Pgs. 47:12-22). |
| 18. *Conception* had been furnished with the Rubbermaid trash can and the other Non-metallic waste containers described in Statement of Disputed Material Fact No. 14 hazards for several years prior to the fire in positions aboard | 18. *Exhibit 7* (May 26, 2023, deposition of Inge Courtois, in her capacity as Person Most Qualified under Rule 30(b)(6), at Pgs. 85:5-86:2, 86:21-87:1; 87:20-90:22; 92:19-25; 94:11-98:9). |

| | |
|---|---|
| the vessel that would and should have been obvious to any OCMI who boarded the vessel. | |
| 19. United States Coast Guard Commander Stephanie Hodgdon testified in her capacity as the Person Most Qualified under Rule 30(b)(6), that the Grosfillex garden chairs described in Statement of Disputed Material Fact No. 8 were also obvious fire hazards. | 19. *Exhibit 6*. (April 12, 2023, deposition of United States Coast Guard Commander Stephanie Hodgdon at Pgs. 232:2-6, 243:10-243:23). |
| 20. Truth Aquatics, Inc. purchased those Grosfillex garden chairs on July 11, 2008, and thereafter left them in positions aboard *Conception* that would and should have been obvious to any OCMI who boarded the vessel. | 20. *Exhibit 7* (May 26, 2023, deposition of Inge Courtois at Pgs. 98:12-103:1; [Exhibit "8"]. (Invoice for 64 Miami Bistro Charcoal Outdoor Stacking side chairs shipped to Truth Aquatics on July 11, 2008, produced in response to Plaintiffs' Request for Production (Set Two) in the pending state court action captioned *Fiedler v. Truth Aquatics, Inc., et al*., Bates stamped No. Truth002801). |
| 21. OCMIs from MSD Santa Barbara Guard conducted seven inspections of the *Conception* between 2015 and 2019, but the Coast Guard never directed Truth Aquatics to remove or replace those combustible plastic chairs or trash cans from the vessel. | 21. *Exhibit 7* (May 26, 2023, deposition of Inge Courtois, in her capacity as Person Most Qualified under Rule 30(b)(6), at Pgs. 98:12-103:1.); *Exhibit 3* (NTSB Group Chairman's Factual Report, Fires and Explosions, dated May 7, 2020 at Pg. 9.); *Exhibit 0* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports for the inspections of Conception dated February 4, 2015 (US000176- 000179), February 18, 2016 (US000172-000175), January 18, 2017 (US000100-000102), February 1, 2017 (US000096-000098), February 16, 2017 (US000092-000095), February 13, |

| | |
|---|---|
| | 2018 (US000088-000091), and February 13, 2019 (US000067-000072). |
| 22. The United States Coast Guard Vessels Inspection Reports generated between July 2008 and February 2019 for the *Conception* contained no remarks, deficiencies, or directives concerning the obvious fire hazards acknowledged by United States Coast Guard Commander Stephanie Hodgdon. | 24. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports for inspections of the Conception dated November 25, 2008 (US002900-002902), January 26, 2009 (US000195-00198), June 10, 2009 (US000351-US000352), December 2, 2009 (US00346-00347), February 15, 2011 (US00339-000342), July 20, 2011 (US000275-000277), March 6, 2012 (US00230-000232), February 7, 2013 (US000191-000193), September 24, 2013 (US00188-000190), February 18, 2014 (US000184-00187), February 4, 2015 (US00176-00179), February 18, 2016 (US000172-00175), January 18, 2017 (US000100-000102), February 1, 2017 (USA000096-00098), February 16, 2017 (US000092-000095), February 13, 2018 (US000088-000091), and February 13, 2019 (US000067- 000072). |
| 24. The last U.S. Coast Guard inspector in a position to address and rectify these obvious fire hazards before the September 2, 2019, tragedy, was United States Coast Guard Chief Warrant Officer Daniel Hager, when he performed his inspection of Conception on February 13, 2019. | 25. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports for inspections for Conception dated February 13, 2019. (US000067-000072); *Exhibit 11* (June 8, 2023, deposition of Chief Warrant Officer Daniel Hager at Pgs. 12:6-14; 71:18-72:8; 127:16-128:6). |
| 26. Chief Warrant Officer Hager admitted the Grosfillex garden chairs were a potential fire hazard. | 26. *Exhibit 11* (June 8, 2023, deposition of the United States Coast Guard Chief Warrant Officer Daniel Hager at Pgs. 93:1-10, 93:24-94:11). |

| | |
|---|---|
| 27. Chief Warrant Officer Hager performed inspections of the Conception on February 18, 2016, February 16, 2017, February 13, 2018, and February 13, 2019, recalled observing the Grosfillex garden chairs in *Conception's* salon during those inspections, but failed to write them up as a potential fire hazard. | 27. *Exhibit 11* (June 8, 2023 deposition of United States Coast Guard Chief Warrant Officer Daniel Hager at Pgs. 62:20-64:19, 93:1-10, 93:25, 94:11; *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports for inspections of *Conception* dated February 4, 2015 (US 000176-000179),February 18, 2016 (US000172-000175), January 18, 2017 (US000100-000102), February 1, 2017 (US000096-000098), February 16, 2017 (US000092-000095), February 13, 2018 (US000088-000091), and February 13, 2019 (US000067-000072). |

| | |
|---|---|
| 28. On August 25, 2000, Coast Guard inspectors issued a deficiency notice to *Conception* for having non-approved wiring in some of its AC electrical system. | 28. *Exhibit 1* (NTSB Marine Accident Report at pg. 22; *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of *Conception* dated August 25, 2000 (US003172-US003175). |
| 29. Instead of stranded or braided conducted core wire, *Conception* was equipped with flexible service wire, similar in type to that used in commercially sold extension cords. | 29. *Exhibit 1* (NTSB Marine Accident Report at Pg. 22; *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of *Conception* dated August 25, 2000 (US003172-003175). |
| 30. That flexible service wire had been installed by the boat builder and approved by Coast Guard inspectors in 1981 during the original construction of the vessel. | 30. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of *Conception* dated August 25, 2000 (US003172-US003175); *Exhibit 1* (NTSB Marine Accident Report at Pg. 22.) |

| | |
|---|---|
| 31. Truth Aquatics appealed the August 5, 2000, deficiency notice and requested a waiver to the Coast Guard's requirements, but the appeal was denied. | 31. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of *Conception* dated August 25, 2000 (US003172-US003175); *Exhibit 1* (NTSB Marine Accident Report at Pg. 22). |
| 31. Although the inspection reports indicated this deficiency was cleared by March 2002, inspections of the wreckage of the *Conception* conducted on June 27 and June 28, 2021, and during a subsequent inspection of the wreck in Port Hueneme on August 8 through August 12, 2022, plaintiffs' experts found non-marine grade wiring in the forward area of the bunkhouse. | 31. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of *Conception* dated March 15, 2002 (US003134-US003137); *Ebersole Declaration.* |
| 32. Immediately after the *Conception* fire involving *Conception*, the Coast Guard OCMIs inspected the *Vision*, and discovered nineteen aboard that vessel. | 32. *Exhibit 1* (NTSB Marine Accident Report at Pg. 60). |
| 33. The OCMIs from MSD Santa Barbara failed to inspect, examine or test any aspect of *Conception's* electrical system during the inspections they conducted aboard that vessel on March 19, 2004, January 26, 2011, September 24, 2013, February 4, 2015, and February 13, 2019. | 33. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports for the inspection of Conception dated March 19, 2004 (US003127-US003139), January 26, 2011 (US000343-000345), September 24, 2013 (US000188-000190), February 4, 2015 (US000176-000178), and February 13, 2019 (US000067-000072). |
| 34. Chief Warrant Officer Hager admitted that the provisions of 46 CFR § 176.806 required him and his fellow OCMIs to inspect *Conception's* electrical system each and every time they inspected that vessel. | 34 *Exhibit 11* (June 8, 2023, deposition of Chief Warrant Officer Daniel Hager at Pgs. 14:23-115:2). |
| 35. In his 2017 and 2018 MISLE entries memorializing his findings from | 35. *Exhibit 9* (Marine Information for Safety and Law Enforcement |

| | |
|---|---|
| the annual inspections of Conception, Chief Hager noted that he inspected the *Conception's* electrical system. | ("MISLE") Activity Summary Reports for Chief Warrant Officer Daniel Hager's inspections of *Conception* dated February 16, 2017 (US000092-000095) and February 13, 2018 (US000088-000091). |
| 36. However, in Chief Hager's final Annual Assessment Form for the *Conception* dated February 13, 2019, there is no notation that the vessel's electrical system was inspected. | 36. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspections of *Conception* dated February 13, 2019 (US000067-000072). |
| 37. Chief Hager admitted that this omission supported an inference that he did not inspect the vessel's electrical system during its last annual inspection before the fire." | 37. *Exhibit 11* (June 8, 2023, deposition of United States Coast Guard Chief Warrant Officer Daniel Hager at Pgs. 132:12-133:3). |

| | |
|---|---|
| 38. Lieutenant Commander Joseph Price-Larson was the supervisor of the Marine Safety Detachment (MSD) in Santa Barbara from 2018 through 2021. | 38. *Exhibit 17* (May 25, 2023, deposition of Lieutenant Commander Joe Price-Larson at Pgs. 22:21-25:20). |
| 39. Lieutenant Commander Price-Larson was also designated by the United States Coast Guard as the Person Most Qualified concerning the history, purpose, meaning and day-to-day application of the provisions of 46 CFR sections 175.100-185.910. | 39. *Exhibit 17* (May 25, 2023, deposition Lieutenant Commander Joe Price-Larson at Pgs. 63:18-64:18). |
| 40. In his capacity as a PMQ, Lieutenant Commander Joseph Price-Larson testified that the regulations in the Marine Safety Manual also imposed mandatory duties upon his contemporary OCMIs at MSD Santa Barbara to inspect and assess all vessel systems for safety issues, including, but not limited to: 1) electrical generator | 40. *Exhibit 17* (May 25, 2023, deposition of the United States Coast Guard Lieutenant Commander Price-Larson at Pgs. 110:12-20). |

| | |
|---|---|
| systems; 2) engineering; 3) firefighting; 4) navigation; 5) escape routes; and 6) engine issues. | |
| 41. In his capacity as a PMQ, Lieutenant Commander Joseph Price-Larson also testified that the OCMI's inspectors are obligated to document the scope of their inspections in their MISLE Activity Summary Reports. | 41. *Exhibit 17* (May 25, 2023 deposition of Lieutenant Commander Price-Larson at Pgs. 89:12-24). |
| 42. In his capacity as a PMQ, Lieutenant Commander Price-Larson also testified that his OCMIs were likewise obligated to document in their MISLE reports that they inspected the subject vessel's electrical system. | 42. *Exhibit 17* (May 25, 2023, deposition of Lieutenant Commander Price-Larson at Pgs. 90:21-92:8). |
| 43. In his capacity as a PMQ, Lieutenant Commander Joseph Price-Larson further testified that during annual inspections that inspectors are obligated to inspect every vessel system and to document whether or not each system is in satisfactory condition. | 43. *Exhibit 17* (May 25, 2023 deposition of Lieutenant Commander Joe Price-Larson at Pgs. 48:19-51:1). |
| 44. When deficiencies are detected, the inspector is obligated to fill out a CG-835 Deficiency Form and perform an appropriate follow up inspection to ensure the safety deficiencies are rectified. | 44. *Exhibit 17* (May 25, 2023 deposition of the United States Coast Guard Lieutenant Commander Joe Price-Larson in his capacity as Person Most Qualified under Rule 30(b)(6) at Pgs.103:7-15, 105:7-109:3). |
| 45. In his capacity as a PMQ, Lieutenant Commander Price-Larson finally testified that inspectors have a mandatory duty to verify that all electrical wiring and cable is listed by Underwriters Laboratories (UL) as UL Boat or UL Marine Cable, and to ensure that it is properly insulated. | 45. *Exhibit 17* (May 25, 2023, deposition of Lieutenant Commander Price-Larson at Pgs. 94:11-15). |
| 46. The Chief Warrant Officer William DeCamp issued an electrical deficiency instructing Glenn Fritzler | 46. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report |

| | |
|---|---|
| and Truth Aquatics, Inc., to remove all welding cable from the 24-volt electrical system aboard *Conception* and to replace it with approved cable, as required by 46 CFR 183.340. | for the inspection of *Conception* dated July 20, 2011 (US000275-000277). |
| 47. On January 24, 2013, Chief Warrant Officer DeCamp cleared the "outstanding deficiency from before to replace all welding cable in the 12-volt [sic] system." | 47. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of *Conception* dated January 24, 2013 (US003834-003835). |
| 48. On July 19, 2013, DeCamp's previous January 24, 2013, Activity Summary Report was "submitted for review." | 48. *Exhibit 15* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated July 19, 2013 (US003832-003833). |
| 49. Superimposed in the right-hand corner of the July 19, 2013, MISLE Activity Summary Report is a stamp referencing the initials of personnel who signed off on the review on September 24, 2019. | 49. *Exhibit 15* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated July 19, 2013 (US003832-003833). |
| 50. In a MISLE Activity Summary Report dated September 24, 2013, DeCamp's previous representation that the electrical deficiency had been cleared on January 24, 2013, was deleted and changed to reflect that there had been "<u>no</u> inspection" of *Conception's* electrical system on January 24, 2013. | 50. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated September 24, 2013 (US000188-000190). |
| 51. In her capacity as a PMQ, Commander Hodgdon, admitted that 46 CFR section 176.500 was a directive over which an OCMI had no discretion. | 51. *Exhibit 6* (April 12, 2023 deposition of Commander Stefanie Hodgdon at Pg. 26:2-14). |
| 52. In her capacity as a PMQ, During her deposition, Commander Hodgdon further admitted that OCMIs from MSD Santa Barbara had a mandatory duty to: 1) prepare for their periodic inspection | 52. *Exhibit 6* (April 12, 2023, deposition of United States Coast Guard Commander Stefanie Hodgdon at Pgs. 217:18-218:10, Pgs. |

| | |
|---|---|
| by reviewing the information archived about that vessel and her prior inspections in the Coast Guard's MISLE database; 2) write up all safety deficiencies they spotted during the inspection; 3) log those deficiencies into the MISLE database by means of a CG Form 835; and 4) ensure through "objective evidence" that those deficiencies were rectified during an appropriate follow up inspection. | 90:21-91:23, Pg. 89:25-91:23, 93:14-98:3, 122:19-123:9; 168:17-169:4). |
| 53. In her capacity as PMQ, Commander Hodgdon further conceded that both the Old-T and New-T Regulations placed vessel inspectors under a mandatory duty to verify "as far as practicable" per 46 CFR section 176.806, 183.200, and 183.340, that all electric wiring and cable was, at the very least "listed by Underwriters Laboratories (UL) as UL boat or UL marine cable." | 53. *Exhibit 6* (April 12, 2023, deposition of Commander Stephanie Hodgdon at Pgs. 220:16-224:23). |
| 54. In her capacity as PMQ, Commander Hodgdon stated that objective evidence in the form of repair records from a certified repair company, a licensed electrician, or an inspector's personnel observation, would be required in order to clear a safety deficiency related to electrical wiring or cable. | 54. *Exhibit 6* (April 12, 2023, deposition of Commander Stephanie Hodgdon at Pgs. 95:21-96:21). |
| 55. In her capacity as PMQ, Commander Hodgdon also confirmed that deficiencies cannot be cleared by doing nothing. | 55. *Exhibit 6* (April 12, 2023, deposition of Stefanie Hodgdon at Pgs. 213:12-214:14, 97:19-99:3, 95:21-96:21). |
| 57. No objective evidence was produced by the United States Coast Guard indicating that any certified | 57. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports |

| | |
|---|---|
| repair company or licensed electrician ever rectified the welding cable deficiency originally issued on July 20, 2011. | for inspections of the Conception dated March 6, 2012 (US00230-000232), February 7, 2013 (US000191-000193), September 24, 2013 (US00188-000190), February 18, 2014 (US000184-00187), February 4, 2015 (US00176-00179), February 18, 2016 (US000172-00175), January 18, 2017 (US000100-000102), February 1, 2017 (USA000096-00098), February 16, 2017 (US000092-000095), February 13, 2018 (US000088-000091), and February 13, 2019 (US000067-000072). |

| | |
|---|---|
| 58. Photographs taken by the FBI during the post-accident investiga-tion of the *Conception* catastrophe, revealed a hole in the copper water main pipe caused by corrosion. | 60. *Exhibit 18* NTSB Group Chairman's Factual Report – Engineering Group dated August 18, 2020, at Pgs. 10:12-27). |
| 59. Said pipe was designed to deliver water from the vessel's fire pump to the fire stations located aboard on the fire the port and starboard sides of *Conception's* main deck housthe aft cabin with each fire station equipped with a 50-foot fire hose, a valve to open or shut down the flow of water, and electric on and off buttons. | 59. *Exhibit 18* NTSB Group Chairman's Factual Report – Engineering Group dated August 18, 2020, at Pgs. 10:12-27). |
| 60. The water supply was designed to be delivered via a fire pump located in the engine room; a valve in the engine room could be manipulated to use the pump to drain bilge water, if needed, and then to realign the valve to be ready to pump water to the fire stations through a common copper water main in the event of the fire. | *Exhibit 18* NTSB Group Chairman's Factual Report – Engineering Group dated August 18, 2020, at Pgs. 10:12-27). |

| | |
|---|---|
| 61. The Annual Inspection Records generated by The United States Coast Guard pertaining to the *Conception* for 2017, 2018, and 2019 indicate the fire hoses and fire system was never activated and tested. | 61. *Exhibit 9* Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Reports for the inspections of Conception dated February 16, 2017 (US000092-000095), February 13, 2018 (US000088-000091), and February 13, 2019 (US000067-000072). |
| 62. On February 18, 2016, Chief Warrant Officer Hager, issued a no-sail deficiency for *Conception* because access to the fire pump was not available. In order to clear the deficiency, it was incumbent upon the owner to "prove proper operation of the fire pump" and this was presumably done on February 19, 2016, when the deficiency was cleared by Chief Warrant Officer, Michael Young. On that date, Chief Warrant Officer Young attended the vessel and witnessed proper operation of the fire pump with a 50 foot hose, noting that the condition was " . . . all sat" (i.e., satisfactory). | 62. *Exhibit 9* (Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for inspections of Conception dated February 18, 2016 (US000171-000178). |
| 63. On February 16, 2017, Chief Warrant Officer Hager Officer Hager inspected *Conception's* firefighting appliances for the very last time but there was no indication in his MISLE Activity Summary Report that the fire pump or fire main was actually activated and tested. | 63. *Exhibit 9* Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated February 16, 2017 (US000092-US000095). |
| 64. Nor is there any indication that the fire pump or fire main was actually activated or tested during the penultimate, annual inspection performed February 13, 2018. | 64. *Exhibit 9* Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated February 13, 2018 (US000088-US000091). |

| | |
|---|---|
| 65. There is nothing in the February 13, 2018, MISLE Activity Summary Report generated by Chief Warrant Officer Hager to indicate that the fire pump or fire main for the fire stations was actually activated, or that that the fire hoses were actively charged to see if they were in working condition. | 65. *Exhibit 9* Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated February 13, 2019 (US000088-US000091). |
| 66. Chief Warrant Officer Hager last performed an annual inspection of the Conception on February 13, 2019. Under the heading "Fire Fighting," Hager noted: "Inspected vessel firefighting appliances to include six portable fire extinguishers and a fixed C02 system for the emergency room which were all serviced by Langkilde's Fire Protection." | 66. *Exhibit 9* Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated February 13, 2019 (US000088-US000091). |
| 67. In his last report, Chief Warrant Officer Hager also documented that the crew completed satisfactory Man Overboard and Simulated Fire Drills; however, there was documentation that the fire pumps or hoses were actually activated or inspected by Hager during the 2019 annual inspection. | 67. *Exhibit 10* Marine Information for Safety and Law Enforcement ("MISLE") Activity Summary Report for the inspection of Conception dated February 13, 2019 (US000088-US000091). |
| 70. *Conception* was built of wood and fiberglass, was launched in 1981, was based in Santa Barbara, and was inspected and certified by the United States Coast Guard to carry up to ninety-nine passengers on coastwise voyages under 46 CFR, Chapter I, Subchapter T. | 70. *Defense Exhibit F* (Certificate of Inspection Issued on November 19, 2014). *Exhibit 21* (Certificate of Inspection Issued on November 19, 2014) |
| 71. Plaintiffs petitioned this Court under *United States ex rel. Touhy v. Ragen*, 340 U.S. 462, 468 (1951), to compel the Department of Justice ("DOJ") to produce information the | *CV 23-985 PA (MRWx) ECF 55* |

| DOJ was withholding pending the outcome of the *Boylan* procecution. | |
|---|---|

Dated: July 8, 2024

McGUINN, HILLSMAN & PALEFSKY
NELSON & FRAENKEL LLP
SALTZ MONGELUZZI & BENDESKY
Lead Counsel for All Plaintiffs

By: /s/ *John R. Hillsman*
JOHN R. HILLSMAN

WALKUP MELODIA KELLY SCHOENBERGER
PANISH SHEA BOYLE & RAVIPUDI LLP
FIORE ACHERMAN, A Law Corp.
SCHUERING ZIMMERMAN & DOYLE, LLP
KREINDLER & KREINDLER LLP
LAW OFFICE OF W. RUSSELL FIELDS
GALINE FRYE FITTING & FRANGOS
ARNOLD & ITKIN LLP
TODD M. ABBOTT, ESQ.