# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7065 PA (MRWx) | Date | July 23, 2024 |
|---|---|---|---|
| Title | Nancy Fiedler, et al. v. United States of America | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **IN CHAMBERS — COURT ORDER**

Defendant United States (the "Government") has filed a Motion to Strike NTSB Report (Docket No. 107). The Motion to Strike does not have a hearing date as required by Local Rules 6-1 and 7-4 and there is no statement of compliance with Local Rule 7-3's meet and confer requirement. The Court construes the Motion to Strike as an objection to evidence. Plaintiffs' Opposition, if any, to the Government's evidentiary objection shall be filed by no later than July 29, 2024. After that date, the matter shall be deemed under submission. Future violations of the Federal Rules of Civil Procedure, the Local Rules, or the Court's Orders may result in the imposition of sanctions.

IT IS SO ORDERED.