JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, et al., | Case No. CV 21-7065 PA (MRWx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In accordance with the Court's August 1, 2024 Minute Order granting the Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by defendant United States of America ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by plaintiffs is dismissed for lack of subject matter jurisdiction.

It is further ORDERED, ADJUDGED, AND DECREED that plaintiffs take nothing and Defendant shall have its costs of suit.

DATED: August 1, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE