[PLAINTIFFS' COUNSEL ARE LISTED ON THE SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of MARYBETH GUINEY (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of YULIYA KRASHENNAYA (Deceased); KATIE OSBORNE, Personal Representative of the Estate of DANIEL GARCIA (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of MICHAEL QUITASOL (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of VAIDEHI DEVI CAMPBELL WILLIAMS (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of JUSTIN DIGNAM (Deceased); JASMINE LORD, Personal Representative of the Estate of CHARLES McILVAIN (Deceased); VICTORIA E. MOORE, Personal Representative of the Estates of RAYMOND SCOTT CHAN (Deceased) and KENDRA CHAN (Deceased); YUKA OHASHI MERRITT, Personal Representative of the Estate of YUKO HATANO (Deceased); VIKRAM SINGH, Personal Representative of the Estate of SUNIL SINGH SANDHU (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of JUHA-PEKKA AHOPELTO (Deceased); | Case No. CV-21-7065 PA<br><br>**NOTICE OF APPEAL**<br>FRAP 4 |

| | |
|---|---|
| 1 | YADIRA ALVAREZ, Personal Representative of the Estate of BERENICE FELIPE (Deceased); SEJAY TAN, Personal Representative of the Estate of WEI TAN (Deceased); ERIC BALTZ, Personal Representative of the Estate of NEAL BALTZ (Deceased); ANTHONY BEITZINGER, Personal Representative of the Estate of PATRICIA BEITZINGER (Deceased); SHRUTI DEOPUJARI, Personal Representative of the Estate of SANJEERI DEOPUJARI (Deceased); ATLEE FRITZ, Personal Representative of the Estate of ANDREW FRITZ (Deceased); SEEMA SHARMA, Personal Representative of the Estate of KAUSTUBH NIRMAL (Deceased); MARGARET STROM, Personal representative of the Estate of TED STROM (Deceased); RICHARD X. LIU, Personal Representative of the Estate of XIANG LIN; SUSANA SOLANO ROSAS, Personal Representative of the Estates of EVANMICHEL SOLANO QUITASOL (Deceased), ANGELA ROSE SOLANO QUITASOL (Deceased), and NICOLE SOLANO QUITASOL (Deceased); ARIEL TAKVAM, Personal Representative of the Estate of KRISTIAN TAKVAM (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of FERNISA JUNE SISON (Deceased); ROBERT KURTZ and CHERIE MCDONOUGH, Personal Representatives of the Estate of ALEXANDRA HALEY KURTZ; JEAN ANNE ALLEN as Executor of the Estate of STEVEN JOHN SALIKA, Executor of the Estate OF CAROL |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF APPEAL　　　　　　　　　　　　　　　　　　CV-21-7065 PA　　2

| | |
|---|---|
| 1 | DIANA ADAMIC and Administrator of the Estate of TIA NICOLE ADAMIC SALIKA; JAMES ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); MARK ADAMIC, individually and as beneficiary of the Estate of CAROL DIANA ADAMIC (Deceased); SHIRLEY SALIKA, individually, and as beneficiary of the Estate of STEVEN JOHN SALIKA (Deceased) and TIA NICOLE SALIKA (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of KRISTINA OLINE FINSTAD (Deceased), and RYAN SIMS, individually. |

                      Plaintiffs,
v.

UNITED STATES OF AMERICA,

                      Defendant.

**NOTICE IS HEREBY GIVEN** that Plaintiffs listed in the above caption hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on August 1, 2024 (*ECF No. 110*) and the Court's Judgment of Dismissal entered in this action on August 1, 2024 (*ECF No. 111*) by which this Court granted Defendant UNITED STATES OF AMERICA'S Motion to Dismiss (*ECF No. 88*).

NOTICE OF APPEAL           CV-21-7065 PA     3

Dated: August 14, 2025

**MCGUINN HILLSMAN AND PALEFSKY**

*/s/John R. Hillsman*
JOHN R. HILLSMAN
535 Pacific Avenue Suite 100
San Francisco, CA 94133
415-421-9292
Email: jrhillsman@mhpsf.com

Counsel for: Victoria Ellen Moore, Estates of Raymond Scott Chan and Kendra Chan; Christine Dignam, Estate of Justin Dignam; Jasmine Lord, Estate of Charles McIllvain; Yuka Hatashi Merritt, Estate of Yuko Hatano; and Viikram Singh, Estate of Sunil Singh Sandhu.

**NELSON & FRAENKEL, LLP**

*/s/Carlos F. Llinás Negret*
Gretchen M. Nelson
Carlos F. Llinás Negret
601 South Figueroa Street, Suite 2050
Los Angeles, CA 90017
844-622-6469
cllinas@nflawfirm.com

Counsel for: Cheng Leng Tan, Estate of Wei Tan, Chik Ping Yap, Sejay Tan, Yadira Alvarez, Estate of Berenice Felipe, Nina Huttegger, Julia Ahopelto, C.A. (a minor), Jean Anne Allen, Estate of Carol Diana Adamic, Estate of Steven John Salika, Estate of Tia Nicole Adamic Salika, Shirley Salika, James Adamic.

-and co-counsel for Nina Huttegger and Julia Ahopelto-

**GREENE, BROILLET & WHEELER**

/s/  Daniel O. Rose
Daniel O. Rose
222 North Pacific Coast Highway, Suite 2100
El Segundo, CA  90245
310- 576-1200
Avamge;der@gbw.law


**SALTZ MONGELUZZI AND BENDESKY PC**

/s/ Jeffrey P. Goodman
Jeffrey P Goodman (Pro Hac Vice)
Ernest D. DiSandro, Jr. (Pro Hac Vice)
1650 Market Street 52nd Floor
Philadelphia, PA 19103
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
jgoodman@smbb.com


**PANISH SHEA AND BOYLE LLP**

/s/Robert Samuel Glassman
Robert Samuel Glassman
11111 Santa Monica Boulevard Suite 700
Los Angeles, CA 90025
310-477-1700
glassman@psblaw.com

Counsel for: Mathew Guiney, Shruti Deopuraji, Robert Kurtz, Cherie McDonough, Kaustubh Nirmal, Gregory Krashenny, Seema Sharma, Cherie McDonough, Anthony Beitzinger, Henry Garcia, Margaret Strom, Eric Baltz, Atlee Fritz.

**GALINE FRYE FITTING AND FRANGOS**

<u>/s/Ilya Demetrios Frangos</u>
ILYA DEMETRIOS FRANGOS
411 Borel Avenue Suite 500
San Mateo, CA 94402
650-345-8484
ifrangos@gff-law.com

Counsel for: Richard X. Liu, Estate of Xiang Lin.


**SCHUERING ZIMMERMAN AND DOYLE LLP**

<u>/s/Theodore Derk Poppinga</u>
Theodore Derk Poppinga
Robert Harry Zimmerman
400 University Avenue
Sacramento, CA 95825
916-567-0400
tdp@szs.com

Counsel for: Susana Solano Rosas.


**FIORE ACHERMANN ALC**

<u>/s/Jennifer L Fiore</u>
Jennifer L Fiore
Sophia M Acherman
340 Pine Street Suite 503
San Francisco, CA 94104
415-550-0650
jennifer@thefafirm.com

Counsel for: Ariel Takvam, Kenneth Takvam, Mary R. Takvam, Mark Adamic, Angelika Adamic.

**WALKUP MELODIA KELLY WECHT AND SCHOENBERGER**

*/s/Matthew D Davis*
Matthew D Davis
650 California Street, 26th Floor
San Francisco, CA 94108
415-981-7210
dsaeltzer@walkuplawoffice.com

Counsel for: Christina Quitasol, Katie Osborne, Olga Faynshteyn, Sarma Williams, Nancy Fiedler, Mathew Guiney.

**LAW OFFICE OF W RUSSELL FIELDS**

*/s/Aurelio Edward Fields*
Aurelio Edward Fields
1792 Tribute Road Suite 400
Sacramento, CA 95815
916-646-6100
ed@russfieldslaw.com

Counsel for: Dominic Micael Selga, Estate of Fernisa June Sison, Nisa Shinagawa.

**ARNOLD AND ITKIN LLP**

*/s/Cory Itkin*
Cory Itkin
Roland T Christensen
6009 Memorial Drive
Houston, TX 77007
713-222-3800
citkin@arnolditkin.com

- and co-counsel-

**GREENE, BROILLET & WHEELER, LLP**
/s/ *Alan Van Gelder*
Alan Van Gelder
222 North Pacific Coast Highway, Suite 2100
El Segundo, CA 90245
310-576-1200
avangelder@gbw.law

Counsel for: Ryan Sims.

**LAW OFFICES OF TODD M. ABOTT**

/s/ *Todd M. Abbott*
Todd M. Abbott, Esquire
2127 Olympic Parkway, Suite 1006, Number 348
Chula Vista, California 91915
tmabbottlaw@gmail.com

Counsel for: Daniel Poh-Hock Chua; Estate of Kristen Findstad.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed and on whose behalf the filing is submitted, concur in the content of the filing and have authorized the filing.

Dated: August 14, 2024

McGuinn, Hillsman & Palefsky

By: *[signature]*
John R. Hillsman

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that the foregoing document was duly served upon the following counsel via electronic service on the date indicated below:

> ERIC KAUFMAN-COHEN
> Attorney in Charge, West Coast Filed Office
> Aviation, Space & Admiralty Litigation
> Torts Branch, Civil Division
> U.S. Department of Justice
>
> via e-mail: eric.kaufman-cohen@usdoj.gov

Dated: August 15, 2024

McGuinn, Hillsman & Palefsky

By: /s/ John R. Hillsman

Attorneys for Plaintiffs