Theodore Poppinga, Esq.
Scheuring Zimmerman & Doyle, LLP
400 University Avenue
Sacramento, CA 95825
tdp@szs.com
Phone: (916) 567-0400
Fax: (916) 568-0400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Fiedler, et al., **Plaintiff(s)** v. United States of America, **Defendant(s).** | CASE NUMBER CV-21-7065 PA <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

[X] The Court hereby orders that the request of:

SUSANA SOLANO ROSAS
**Name of Party**

[X] Plaintiff  [ ] Defendant  [ ] Other _____

[X] to substitute  John R. Hillsman  who is

[X] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

220 Jackson Street, Suite 350
**Street Address**

San Francisco, CA 94111
**City, State, Zip**

jrhillsman@mhpsf.com
**E-Mail Address**

(415) 421-9292
**Telephone Number**

(415) 403-0202
**Fax Number**

71220
**State Bar Number**

As attorney of record instead of  Theodore D. Poppinga, Scheuring Zimmerman & Doyle, LLP
List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** [ ] GRANTED  [ ] DENIED

[ ] The Court hereby orders that the request of: _____
List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____                            _____
                                          U.S. District Judge/U.S. Magistrate Judge

G-01 Order (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY    Page 1 of 1