UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NANCY FIEDLER, Personal Representative of the Estate of Lisa Fiedler (Deceased); et al.,

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

No. 24-5064

D.C. No.
2:21-cv-07065-PA-MRW
Central District of California,
Los Angeles

ORDER

Before: CLIFTON, OWENS, and BUMATAY, Circuit Judges.

Defendant-Appellee is directed to file a response to the petition for rehearing en banc (Dkt. No. 76). The response shall be filed within 21 days of the date of this order and shall not exceed fifteen pages or 4,200 words. 9th Cir. R. 40-1.