UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NANCY FIEDLER, Personal Representative of the Estate of Lisa Fiedler (Deceased); MATTHEW GUINEY, Personal Representative of the Estate of Marybeth Guiney (Deceased); OLGA FAYNSHTEYN, Personal Representative of the Estate of Yuliya Krashennaya (Deceased); KATIE OSBORNE, Personal Representative of the Estate of Daniel Garcia (Deceased); CHRISTINA QUITASOL, Personal Representative of the Estate of Michael Quitasol (Deceased); SARMA WILLIAMS, Personal Representative of the Estate of Vaidehi Devi Campbell Williams (Deceased); CHRISTINE ALEXANDRA DIGNAM, Personal Representative of the Estate of Justin Dignam (Deceased); JASMINE LORD, Personal Representative of the Estate of Charles McIllvain (Deceased); VICTORIA E. MOORE, Personal Representative of the Estates of Raymond Scott Chan (Deceased) and Kendra Chan (Deceased); YUKA OHASHI MERRITT, Personal Representative of the Estate of Yuko Hatano (Deceased); VIKRAM SINGH, Personal Representative of the Estate of Sunil Singh Sandhu (Deceased); NINA HUTTEGGER, Personal Representative of the Estate of Juha-Pekka Ahopelto (Deceased); YADIRA ALVAREZ, Personal Representative of the Estate of Berenice Felipe (Deceased); SEJAY TAN, Personal Representative of the Estate of Wei Tan (Deceased); ERIC

No. 24-5064

D.C. No.
2:21-cv-07065-PA-MRW

Central District of California, Los Angeles

MANDATE

BALTZ, Personal Representative of the Estate of Neal Baltz (Deceased); ANTHONY BEITZINGER, Personal Representative of the Estate of Patricia Beitzinger (Deceased); SHRUTI DEOPUJARI, Personal Representative of the Estate of Sanjeeri Deopujari (Deceased); ATLEE FRITZ, Personal Representative of the Estate of Andrew Fritz (Deceased); SEEMA SHARMA, Personal Representative of the Estate of Kaustubh Nirmal (Deceased); MARGARET STROM, Personal Representative of the Estate of Ted Strom (Deceased); RICHARD X. LIU, Personal Representative of the Estate of Xiang Lin (Deceased); SUSANA SOLANO ROSAS, Personal Representative of the Estates of Evanmichel Solano Quitasol (Deceased), Angela Rose Solano Quitasol (Deceased), and Nicole Solano Quitasol (Deceased); ARIEL TAKVAM, Personal Representative of the Estate of Kristian Takvam (Deceased); DOMINIC MICAEL SELGA, Personal Representative of the Estate of Fernisa June Sison (Deceased); ROBERT KURTZ, Personal Representative of the Estate of Alexandra Haley Kurtz (Deceased); CHERIE MCDONOUGH, Personal Representative of the Estate of Alexandra Haley Kurtz (Deceased); JEAN ANNE ALLEN, as Executor of the Estate of Steven John Salika, Executor of the Estate of Carol Diana Adamic and Administrator of the Estate of Tia Nicole Adamic Salika; JAMES ADAMIC, individually and as beneficiary of the Estate of Carol Diana Adamic (Deceased); ANGELIKA ADAMIC, individually and as beneficiary of the Estate of Carol Diana Adamic (Deceased); MARK ADAMIC, individually

and as beneficiary of the Estate of Carol Diana Adamic (Deceased); SHIRLEY SALIKA, individually and as beneficiary of the Estate of Steven John Salika (Deceased) and Tia Nicole Salika (Deceased); DANIEL POH-HOCK CHUA, Personal Representative of the Estate of Kristina Oline Finstad (Deceased); RYAN SIMS, individually; CHENG LENG TAN; HENRY GARCIA, Beneficiary of the Estate of Daniel Garcia (Deceased); GREGORY KRASHENNY, Beneficiary of the Estate of Yuliya Krashennaya (Deceased),

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

The judgment of this Court, entered January 30, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT